## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | TRAVIS BRAYBOY (detainer pickup) | CASE NO: | 00-6293-CR-FERGUSON |
| AUSA: | BRUCE BROWN / Chase | ATTY: | |
| AGENT: | | VIOL: | 21:841(a)(!); 846 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by D.C.
JAN - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Advised of charges*
*~~Advised~~ sworn*
*for Counsel*
*CJA to be appt'd*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| (PTD/BOND HEARING: | 1-12 | 10:30 | SNOW | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 1-12 | 10:30 | SNOW | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 1/9/01    TIME: 11:00    FTL/LSS TAPE # 00 - 002    Begin: 2968    End: 3233

89