UNITED STATES DISTRICT COURT
Southern District of Florida

JAN - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55604-004

UNITED STATES OF AMERICA )
                 Plaintiff ) Case Number: CR 00-6293-CR-WDF
                            ) REPORT COMMENCING CRIMINAL
        -vs-                )        ACTION
                            )
TRAVIS D. BRAYBOY           )
        Defendant

****************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
****************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 01-09-01    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONSP TO DIST COCAINE

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 3-4-80

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 1-9-01    (9) Arresting Officer: _____

(10) Agency: USM    (11) Phone: _____

(12) Comments: _____