**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | TRAVIS BRAYBOY (J) | CASE NO: | 00-6293-CR-FERGUSON |
| AUSA: | BRUCE BROWN  *nes* | ATTY: | LEONARDO SPITALE, JR. - *nes* |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD / ARRAIGNMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |
| BOND SET @: | 250,000 CSB w/ Nebbia | To be cosigned by: | |

FILED by D.C. JAN 1 2 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Gov't reserves right to request PTD should deft seek to post or reduce the bond.*

**Reading of Indictment Waived** ✓
**Not Guilty plea entered**
**Jury trial demanded**
**Standing Discovery Order requested**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 2/2 | 11 | SNOW ✓ | |

DATE: 1/12/01  TIME: 10:30  FTL/LSS TAPE # 01 - 004  Begin 1921  End 2000 P/

