UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA

vs

TRAVIS BRAYBOY



ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 12, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: CUSTODY

                     Telephone:

DEFENSE COUNSEL:     Name: LEONARDO SPITALE, JR., ESQ.

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ 250,000 CSB w/Nebbia

Bond hearing held: yes____ no _X_ Bond hearing set for_____

Dated this __12TH__ day of __JANUARY__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. 01- 004

cc: Copy for Judge
    U. S. Attorney

