HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by ___ D.C.
FEB - 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __TRAVIS BRAYBOY_____ CASE NO: __00-6293-CR-FERGUSON__

AUSA __BRUCE BROWN__ /Lanigan_____ ATTY __LEONARDO SPITALI, JR.__ pres

*Disc out - possible plea.*
*trial set March 26*
01-009
c 2365

DEFT _motions due Feb 20_____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DEFT _____ CASE NO: _____

AUSA _____ ATTY _____


DATE __2/2/01_____ TIME __11:00_____

103