UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6293-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
TRAVIS BRAYBOY,                )
                               )
            Defendant.         )
_____)

**GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing

Discovery Order. This response also complies with Local Rule 88.10

and Federal Rule of Criminal Procedure 16, and is numbered to

correspond with Local Rule 88.10.

- A.   1.   The government is unaware of any written or
            recorded statements made by the defendants.

-      2.   The government is unaware of any oral statements
            made by the defendant before or after arrest in
            response to interrogation by any person then known
            to the defendant to be a government agent that the
            government intends to use at trial.

-      3.   No defendant testified before the Grand Jury.



4.  The NCIC record of the defendant, if any exists, will be made available upon receipt by this office.

5.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida, Suite 700. Please call the undersigned to set up a date and time that is convenient to both parties.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6.  A laboratory analysis of the substance seized in connection with this case will be made available to you upon receipt by this office.

B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.  The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D.  The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

E.  The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

2

F.      No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G.      The government has advised its agents and officers involved in this case to preserve all rough notes.

H.      The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

        In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents.

I.      The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.      The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.      The government will, upon defense request, deliver to any laboratory presently registered with the Attorney General in compliance with 21 U.S.C. § 822 and § 823 and 21 C.F.R. 1301.13, a sufficient representative sample of any alleged contraband which is the subject of this indictment to allow independent chemical analysis of such sample.

        If there is no response within ten (10) days from the date of the Certificate of Service attached hereto, the bulk of the contraband/narcotics will be destroyed. As usual, random samples will be set aside to be used as evidence at trial.

L.      The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

3

M.    The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.    To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.    The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

The attachments to this response are numbered pages <u>1</u> - <u>30</u>. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

BRUCE O. BROWN
Assistant United States Attorney
Florida Bar No. 999490
500 E. Broward Blvd. Ste. 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 ext. 3508
Fax: (954) 356-7336

cc:  Special Agent Robert Felicioni,
     Drug Enforcement Administration

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing
was hand-delivered February 2, 2001 to: Leonardo Spitale, Jr., 1355
Southwest 17th Terrace, Miami, Florida 33145-1629.

BRUCE O. BROWN
Assistant United States Attorney

**FORT LAUDERDALE POLICE DEPARTMENT**

# PERSON(S) REPORT

Juvenile [Y]   1 Original   1 Supplement

O.R. #

0 1 0 1- 1 3 1 8 1 1 1 4 1 9 1

| | | |
|---|---|---|
| **Original Date Reported** 0 8 3 0 0 0 | **Case Reference** Narcotics Complaint | **Related Report Numbers** |

**CODES**

| V/W Code | | Victim Type | Race | Sex | Residence Type | Residence Status | Extent of Injury |
|---|---|---|---|---|---|---|---|
| V-Victim | P-Proprietor | 0. N/A | 4 Business | N-N/A | N-N/A | 0 N/A | 3 Florida | 0 N/A | 0 None |
| W-Witness | Z-Other | 1. Juvenile | 5 Government | W-White | M-Male | 1 City | 4 Out-of-State | 1 Full Year | 1 Minor |
| C-Reporting Person | | 2 L.E. Officer | 6 Church | B-Black | F-Female | 2 County | | 2 Part Year | 2 Serious |
| | | 3 Adult | 9 Other | | U-Unknown | | | 3 Non-Resident | 3 Fatal |

| Injury Type | 03 Laceration | 07 Loss of Teeth | Victim Relationship to Offender | 06 Parent | 10 Step-Child | 14 Teacher | 17 Friend | 21 Employer |
|---|---|---|---|---|---|---|---|---|
| 00 N/A | 04 Unconscious | 08 Burns | 00 N/A | 03 Spouse | 07 Brother/Sister | 11 In-Law | 15 Child of Boy/Girl | 18 Neighbor | 22 Landlord/Tenant |
| 01 Gunshot | 05 Poss Broken Bones | 09 Abrasions/Bruises | 01 Undetermined | 04 Ex-Spouse | 08 Child | 12 Other Family | Friend | 19 Sitter/Day Care | 23 Acquaintance |
| 02 Stabbed | 06 Poss Internal Injury | 99 Other | 02 Stranger | 05 Co-Habitant | 09 Step-Parent | 13 Student | 16 Boy/Girl Friend | 20 Employee | 99 Other Known |

**VICTIM/WITNESS**

| V/W Code | # | V-Type | Name (Last, First, Middle) | | | | Residence Phone ( ) | |
|---|---|---|---|---|---|---|---|---|
| Address (Street, Apt. Number) | | | | City | State | Zip | Business Phone ( ) | |
| Other Contact Info. (Time Available, Interpreter, etc.) | | | | | | | | |

| Race | Sex | Date of Birth or Age | If Victim Type 1, 2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**VICTIM/WITNESS**

| V/W Code | # | V-Type | Name (Last, First, Middle) | | | | Residence Phone ( ) | |
|---|---|---|---|---|---|---|---|---|
| Address (Street, Apt. Number) | | | | City | State | Zip | Business Phone ( ) | |
| Other Contact Info. (Time Available, Interpreter, etc.) | | | | | | | | |

| Race | Sex | Date of Birth or Age | If Victim Type 1, 2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**SUSPECT**

| Suspect Code S-Suspect A-Arrestee | E-Escapee Z-Other | Code S | # 9 | Juvenile Y | Name (Last, First, Middle) Desamous Fradet | | |
|---|---|---|---|---|---|---|---|
| Maiden Name | | Nickname/Street Name | | | Place of Birth | Residence Phone ( ) N/A | |
| Last Known Address (Street, Apt. Number) | | | | City | State | Zip | Business Phone ( ) N/A |
| Occupation | | Employer/School | | Address | | Social Security Number | |
| Driver's License State/Number | Immigration and Naturalization Number | | Other I.D. Number | FL/OBTS Number (Arrested) | FCIC/NCIC ☐ YES ☐ NO | |
| Clothing (Describe) | | | | Scars/Marks/Tattoos (Location-Describe) | | | |

| Race B | Sex M | Date of Birth or Age 0 6 0 4 8 3 | Height 5-6 | Weight 145 | Eye Color BRN | Hair Color BLK | Hair Length 03 | Hair Style 02 |
|---|---|---|---|---|---|---|---|---|
| Complexion 06 | Build 02 | Facial Hair 01 | Teeth 01 | Speech 01 | Voice 01 | Appearance 01 | Unique I.D. 01 | Other |

**SUSPECT OR MISSING PERSON**

| Offense Indicator 1 #1 3 Both 2 #2 | 1 | Suspect Code S-Suspect E-Escapee A-Arrestee M-Missing | R-Recovered Z-Other Missing | Code S | # 10 | Juvenile Y | Name (Last, First, Middle) Paul Benson | | |
|---|---|---|---|---|---|---|---|---|---|
| Maiden Name | | Nickname/Street Name | | | Place of Birth | Residence Phone ( ) N/A | |
| Last Known Address (Street, Apt. Number) | | | | City | State | Zip | Business Phone ( ) N/A |
| Occupation | | Employer/School | | Address | | Social Security Number | |
| Driver's License State/Number | Immigration and Naturalization Number | | Other I.D. Number | FL/OBTS Number (Arrested) | FCIC/NCIC ☐ YES ☐ NO | |
| Clothing (Describe) | | | | Scars/Marks/Tattoos (Location-Describe) | | | |

| Race B | Sex M | Date of Birth or Age 0 5 1 2 8 3 | Height 6-2 | Weight 190 | Eye Color BRN | Hair Color BLK | Hair Length 03 | Hair Style 02 |
|---|---|---|---|---|---|---|---|---|
| Complexion 06 | Build 04 | Facial Hair 01 | Teeth 01 | Speech 01 | Voice 01 | Appearance 01 | Unique I.D. 01 | Other |

**MISSING PERSON**

| Incident Type 1. Runaway 2 Parental 3. Involuntary 4. Disabled | 5 Endangered 6 Disaster Victim 7 Voluntary Adult 8 Unknown | Foul Play Suspected? 1 Yes 2 No | Missing Before? 1 Yes 2 No 8 Unknown | Fingerprints Available? 1 Yes 2 No 8 Unknown | Photo Available? 1 Yes 2 No 8 Unknown | Dental Record Available? 1 Yes 2 No 8 Unknown | MCIC Form Provided? 1 Yes 2 No |
|---|---|---|---|---|---|---|---|
| Date Last Seen | Time Last Seen | Location Last Seen (Address City St.) | | | | Accompanied By | |
| Mental/Physical Condition | | Medication Required/Type | | Doctor/Dentist (Name Phone Number) | | | |
| Property Carried | | ID Type/Number | | ID Type/Number | | | |
| Probable Destination | | Name/Address | | Transportation Mode | | | |

| Recovery Information 0 N/A 1. Voluntary | 2 Located-Not Returned | 3 Hospitalized 4 HRS Custody | 5 Law Enforcement Custody 6 Returned to Parent | 7 Deceased 9 Other |
|---|---|---|---|---|

**ADMINISTRATIVE**

| Officer(s) Reporting MacDougall/Hendricks | ID Number(s) 1211/1207 | Unit V-56/V-43 | Date 08-30-00 |
|---|---|---|---|
| Officer Reviewing (If Applicable) | ID. Number | Routed To | Referred To | Assigned To | By | Date |

Page ___ of ___

FORM Z-497 Rev 12/91

**1**

# FORT LAUDERDALE POLICE DEPARTMENT
## PERSON(S) REPORT

Juvenile ☑  1 Original / 2 Supplement ☑

O.R.#  0 0 - 3 8 1 4 9

Original Date Reported: 0 8 3 0 0 0

Case Reference: Narcotics Complaint

Related Report Numbers:

**CODES**

V/W Code
- V-Victim
- W-Witness
- C-Reporting Person
- P-Proprietor
- Z-Other

Victim Type
- 0 N/A
- 1 Juvenile
- 2 L E Officer
- 3 Adult
- 4 Business
- 5 Government
- 6 Church
- 9 Other

Race
- N-N/A
- W-White
- B-Black
- I-American Indian
- O-Oriental/Asian
- U-Unknown

Sex
- N-N/A
- M-Male
- F-Female
- U-Unknown

Residence Type
- 0 N/A
- 1 City
- 2 County
- 3 Florida
- 4 Out-of-State

Residence Status
- 0 N/A
- 1 Full Year
- 2 Part Year
- 3 Non-Resident

Extent of Injury
- 0 None
- 1 Minor
- 2 Serious
- 3 Fatal

Injury Type
- 00 N/A
- 01 Unconscious
- 02 Stabbed
- 03 Laceration
- 04 Gunshot
- 05 Poss Broken Bones
- 06 Poss Internal Injury
- 07 Loss of Teeth
- 08 Burns
- 09 Abrasions/Bruises
- 90 Other

Victim Relationship to Offender
- 00 N/A
- 01 Undetermined
- 02 Stranger
- 03 Spouse
- 04 Ex-Spouse
- 05 Co-Habitant
- 06 Parent
- 07 Brother/Sister
- 08 Child
- 09 Step-Parent
- 10 Step-Child
- 11 In-Law
- 12 Other Family
- 13 Student
- 14 Teacher
- 15 Child of Boy/Girl Friend
- 16 Boy/Girl Friend
- 17 Friend
- 18 Neighbor
- 19 Sitter/Day Care
- 20 Employee
- 21 Employer
- 22 Landlord/Tenant
- 23 Acquaintance
- 90 Other Known

**VICTIM/WITNESS**

| V/W Code | s | V-Type | Name (Last, First, Middle) | | Residence Phone ( ) |

Address (Street, Apt. Number):   City:   State:   Zip:   Business Phone ( )

Other Contact Info. (Time Available, Interpreter, etc.)

| Race | Sex | Date of Birth or Age | | If Victim Type 1, 2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |

**VICTIM/WITNESS**

| V/W Code | s | V-Type | Name (Last, First, Middle) | | Residence Phone ( ) |

Address (Street, Apt. Number):   City:   State:   Zip:   Business Phone ( )

Other Contact Info. (Time Available, Interpreter, etc.)

| Race | Sex | Date of Birth or Age | | If Victim Type 1, 2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |

**SUSPECT**

Suspect Code
- S-Suspect
- A-Arrestee
- E-Escapee
- Z-Other

| Code | S | # | 7 | Juvenile | N | Name (Last, First, Middle) Walters   Damion |

Maiden Name:   Nickname/Street Name:   Place of Birth:   Residence Phone ( )  N/A

Last Known Address (Street, Apt. Number):   City:   State:   Zip:   Business Phone ( )  N/A

Occupation:   Employer/School:   Address:   Social Security Number:

Driver's License State/Number:   Immigration and Naturalization Number:   Other I.D. Number:   FL/OBTS Number (Arrested):   FCIC/NCIC ☐ YES ☐ NO

Clothing (Describe):   Scars/Marks/Tattoos (Location/Describe):

| Race B | Sex M | Date of Birth or Age 1 1 2 9 7 7 | Height 5-9 | Weight 140 | Eye Color BRN | Hair Color BLK | Hair Length 03 | Hair Style 02 |
| Complexion 06 | Build 02 | Facial Hair 01 | Teeth 01 | Speech 01 | Voice 01 | Appearance 01 | Unique I.D. 01 | Other |

**SUSPECT OR MISSING PERSON**

Offense Indicator
- 1 #1
- 2 #2
- 3 Both

Suspect Code
- S-Suspect
- A-Arrestee
- E-Escapee
- M-Missing
- R-Recovered
- Z-Other

| Code S | B | Juvenile N | Name (Last, First, Middle) Williams   Gary |

Maiden Name:   Nickname/Street Name:   Place of Birth:   Residence Phone ( )  N/A

Last Known Address (Street, Apt. Number):   City:   State:   Zip:   Business Phone ( )  N/A

Occupation:   Employer/School:   Address:   Social Security Number:

Driver's License State/Number:   Immigration and Naturalization Number:   Other I.D. Number:   FL/OBTS Number (Arrested):   FCIC/NCIC ☐ YES ☐ NO

Clothing (Describe):   Scars/Marks/Tattoos (Location Describe)

| Race B | Sex M | Date of Birth or Age 0 1 2 6 8 2 | Height 5-7 | Weight 145 | Eye Color BRN | Hair Color BLK | Hair Length 03 | Hair Style 02 |
| Complexion 03 | Build 02 | Facial Hair 01 | Teeth 01 | Speech 01 | Voice 01 | Appearance 01 | Unique I.D. 01 | Other |

**MISSING PERSON**

Incident Type
- 1 Runaway
- 2 Parental
- 3 Involuntary
- 4 Disabled
- 5 Endangered
- 6 Disaster Victim
- 7 Voluntary Adult
- 8 Unknown

Foul Play Suspected?
- 1 Yes
- 2 No

Missing Before?
- 1 Yes
- 2 No

Fingerprints Available?
- 1 Yes
- 2 No
- 8 Unknown

Photo Available?
- 1 Yes
- 2 No
- 8 Unknown

Dental Record Available?
- 1 Yes
- 2 No
- 8 Unknown

MCIC Form Provided?
- 1 Yes
- 2 No

Date Last Seen:   Time Last Seen:   Location Last Seen (Address City St):   Accompanied By:

Mental/Physical Condition:   Medication Required/Type:   Doctor/Dentist (Name Phone Number):

Property Carried:   ID Type/Number:   ID Type/Number:

Probable Destination:   Name/Address:   Transportation Mode:

Recovery Information
- 0 N/A
- 1 Voluntary
- 2 Located-Not Returned
- 3 Hospitalized
- 4 HRS Custody
- 5 Law Enforcement Custody
- 6 Returned to Parent
- 7 Deceased
- 9 Other

Officer(s) Reporting: MacDougall/Hendricks   ID. Number   ID. Number(s) 1211/1207   Unit V-56/V-43   Date 08-30-00

Officer(s) Reviewing (if Applicable):   ID. Number   Routed To   Referred To   Assigned To   By   Date

Page ___ of ___

2

FORM Z-497 Rev 12/91

**FORT LAUDERDALE POLICE DEPARTMENT**
**PERSON(S) REPORT**

Juvenile [N]  1 Original  2 Supplement [1]

D.R. # 0,0 - 3,8,1,4,9

| | |
|---|---|
| Original Date Reported: 0,8,3,0,0,0 | Case Reference: **Narcotics Complaint** |
| Related Report Numbers | |

**CODES**

V/W Code: V-Victim, W-Witness, C-Reporting Person, P-Proprietor, Z-Other
Victim Type: 0 N/A, 1 Juvenile, 2 L.E. Officer, 3 Adult, 4 Business, 5 Government, 6 Church, 9 Other
Race: N-N/A, W-White, B-Black, I-American Indian, O-Oriental/Asian, U-Unknown
Sex: N-N/A, M-Male, F-Female, U-Unknown
Residence Type: 0 N/A, 1 City, 2 County, 3 Florida, 4 Out-of-State
Residence Status: 0 N/A, 1 Full Year, 2 Part Year, 3 Non-Resident
Extent of Injury: 0 None, 1 Minor, 2 Serious, 3 Fatal

Injury Type: 00 N/A, 01 Gunshot, 02 Stabbed, 03 Laceration, 04 Unconscious, 05 Poss Broken Bones, 06 Poss Internal Injury, 07 Loss of Teeth, 08 Burns, 09 Abrasions/Bruises, 99 Other
Victim Relationship to Offender: 00 N/A, 01 Undetermined, 02 Stranger, 03 Spouse, 04 Ex-Spouse, 05 Co-Habitant, 06 Parent, 07 Brother/Sister, 08 Child, 09 Step-Parent, 10 Step-Child, 11 In-Law, 12 Other Family, 13 Student, 14 Teacher, 15 Child of Boy/Girl Friend, 16 Boy/Girl Friend, 17 Friend, 18 Neighbor, 19 Sitter/Day Care, 20 Employee, 21 Employer, 22 Landlord/Tenant, 23 Acquaintance, 99 Other Known

**VICTIM/WITNESS**

| V/W Code | # | V-Type | Name (Last, First, Middle) | | | | | | Residence Phone ( ) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Address (Street, Apt. Number) | | | | City | | State | | Zip | Business Phone ( ) | | |
| Other Contact Info. (Time Available, Interpreter, etc.) | | | | | | | | | | | |

| Race | Sex | Date of Birth or Age | # Victim Type 1,2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**VICTIM/WITNESS**

| V/W Code | # | V-Type | Name (Last, First, Middle) | | | | | | Residence Phone ( ) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Address (Street, Apt. Number) | | | | City | | State | | Zip | Business Phone ( ) | | |
| Other Contact Info. (Time Available, Interpreter, etc.) | | | | | | | | | | | |

| Race | Sex | Date of Birth or Age | # Victim Type 1,2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**SUSPECT**

| Suspect Code: S-Suspect, E-Escapee, A-Arrestee, Z-Other | Code: I S | # 5 | Juvenile: N | Name (Last, First, Middle): **Jones  Curtis  Benard** | | |
|---|---|---|---|---|---|---|
| Maiden Name | | Nickname/Street Name | | Place of Birth | | Residence Phone ( ) N/A |
| Last Known Address (Street, Apt. Number) | | | | City | State | Zip | Business Phone ( ) N/A |
| Occupation | | Employer/School | | Address | | Social Security Number |
| Driver's License State/Number | Immigration and Naturalization Number | | Other I.D. Number | FL/DBTS Number (Arrested) | FCIC/NCIC ☐ YES ☐ NO | |
| Clothing (Describe) | | | | | Scars/Marks/Tattoos (Location-Describe) | |

| Race B | Sex M | Date of Birth or Age 0,3,0,2,8,2 | Height 6-1 | Weight 150 | Eye Color BRN | Hair Color BLK | Hair Length 03 | Hair Style 02 |
|---|---|---|---|---|---|---|---|---|
| Complexion 06 | Build 02 | Facial Hair 01 | Teeth 01 | Speech 01 | Voice 01 | Appearance 01 | Unique I.D. 01 | Other |

**SUSPECT OR MISSING PERSON**

| Offense Indicator: #1 3 Both, #2 1 | Suspect Code: S-Suspect, E-Escapee, A-Arrestee, M-Missing, R-Recovered, Z-Other, Missing | Code: S | # 6 | Juvenile: N | Name (Last, First, Middle): **Mccleod  Marion** | |
|---|---|---|---|---|---|---|
| Maiden Name | | Nickname/Street Name | | Place of Birth | | Residence Phone ( ) N/A |
| Last Known Address (Street, Apt. Number) | | | | City | State | Zip | Business Phone ( ) N/A |
| Occupation | | Employer/School | | Address | | Social Security Number |
| Driver's License State/Number | Immigration and Naturalization Number | | Other I.D. Number | FL/DBTS Number (Arrested) | FCIC/NCIC ☐ YES ☐ NO | |
| Clothing (Describe) | | | | | Scars/Marks/Tattoos (Location Describe) | |

| Race B | Sex M | Date of Birth or Age 0,6,2,8,8,1 | Height 5-8 | Weight 150 | Eye Color BRN | Hair Color BLK | Hair Length 03 | Hair Style 02 |
|---|---|---|---|---|---|---|---|---|
| Complexion 06 | Build 02 | Facial Hair 01 | Teeth 01 | Speech 01 | Voice 01 | Appearance 01 | Unique I.D. 01 | Other |

**MISSING PERSON**

| Incident Type: 1 Runaway, 2 Parental, 3 Involuntary, 4 Disabled, 5 Endangered, 6 Disaster Victim, 7 Voluntary Adult, 8 Unknown | Foul Play Suspected? 1 Yes 2 No | Missing Before? 1 Yes 2 No 8 Unknown | Fingerprints Available? 1 Yes 2 No 8 Unknown | Photo Available? 1 Yes 2 No 8 Unknown | Dental Record Available? 1 Yes 2 No 8 Unknown | MCIC Form Provided? 1 Yes 2 No |
|---|---|---|---|---|---|---|
| Date Last Seen | Time Last Seen | Location Last Seen (Address, City, St.) | | | Accompanied By | |
| Mental/Physical Condition | Medication Required/Type | | Doctor/Dentist (Name Phone Number) | | | |
| Property Carried | ID Type/Number | | ID Type/Number | | | |
| Probable Destination | Name/Address | | Transportation Mode | | | |

**ADMINISTRATIVE**

| Recovery Information: 0 N/A, 1 Voluntary | 2 Located-Not Returned | 3 Hospitalized, 4 HRS Custody | 5 Law Enforcement Custody, 6 Returned to Parent | 7 Deceased, 9 Other |
|---|---|---|---|---|
| Officer(s) Reporting: **MacDougall/Hendricks** | | ID Number(s): 1211/1207 | Unit: V-56/V-43 | Date: 08-30-00 |
| Officer Reviewing (If Applicable) | ID Number | Routed To | Referred To | Assigned To | By | Date |

Page ___ of ___

**3**

FORM Z-497 Rev 12/91

**FORT LAUDERDALE POLICE DEPARTMENT**
# PERSON(S) REPORT

Juvenile [N]  1 Original / 2 Supplement  [1]

O.R. # 010 1 - 3 8 1 4 9

| Original Date Reported | Case Reference | Related Report Numbers |
|---|---|---|
| 0 8 3 0 0 0 | Narcotics Complaint | |

**CODES:**

V/W Code: V-Victim, W-Witness, C-Reporting Person, P-Proprietor, Z-Other

Victim Type: 0 N/A, 1 Juvenile, 2 L E Officer, 3 Adult, 4 Business, 5 Government, 6 Church, 9 Other

Race: N-N/A, W-White, B-Black, I-American Indian, O-Oriental/Asian, U-Unknown

Sex: N-N/A, M-Male, F-Female, U-Unknown

Residence Type: 0 N/A, 1 City, 2 County, 3 Florida, 4 Out-of-State

Residence Status: 0 N/A, 1 Full Year, 2 Part Year, 3 Non-Resident

Extent of Injury: 0 None, 1 Minor, 2 Serious, 3 Fatal

Injury Type: 03 Laceration, 07 Loss of Teeth, 00 N/A, 04 Unconscious, 06 Burns, 01 Gunshot, 05 Poss Broken Bones, 08 Abrasions/Bruises, 02 Stabbed, 06 Poss Internal Injury, 99 Other

Victim Relationship to Offender: 00 N/A, 01 Undetermined, 02 Stranger, 08 Parent, 03 Spouse, 04 Ex-Spouse, 05 Co-Habitant, 08 Child, 09 Step-Parent, 10 Step-Child, 11 In-Law, 12 Other Family, 13 Student, 14 Teacher, 15 Child of Boy/Girl Friend, 16 Boy/Girl Friend, 17 Friend, 18 Neighbor, 20 Employee, 21 Employer, 22 Landlord/Tenant, 23 Acquaintance, 99 Other Known

## VICTIM/WITNESS

| V/W Code | # | V-Type | Name (Last, First, Middle) | Residence Phone |
|---|---|---|---|---|
| | | | | ( ) |

Address (Street, Apt. Number): | City | State | Zip | Business Phone ( )

Other Contact Info. (Time Available, Interpreter, etc.)

| Race | Sex | Date of Birth or Age | If Victim Type 1, 2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## VICTIM/WITNESS

| V/W Code | # | V-Type | Name (Last, First, Middle) | Residence Phone |
|---|---|---|---|---|
| | | | | ( ) |

Address (Street, Apt. Number): | City | State | Zip | Business Phone ( )

Other Contact Info. (Time Available, Interpreter, etc.)

| Race | Sex | Date of Birth or Age | If Victim Type 1, 2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## SUSPECT

Suspect Code: S-Suspect, A-Arrestee, E-Escapee, Z-Other | Code: S | # 3 | Juvenile N | Name (Last, First, Middle): Brown, Troy

Maiden Name: | Nickname/Street Name: | Place of Birth: | Residence Phone ( ) N/A

Last Known Address (Street, Apt. Number): 1420 NW 4 Ave | City: FT. Lauderdale | State: FL | Zip: 33312 | Business Phone ( ) N/A

Occupation: | Employer/School: | Address: | Social Security Number:

Driver's License State/Number: | Immigration and Naturalization Number: | Other I.D. Number: | FL/OBTS Number (Arrested): | FCIC/NCIC ☐ YES ☐ NO

Clothing (Describe): | Scars/Marks/Tattoos (Location Describe):

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|
| B | M | 0 5 1 5 7 5 | | 170 | BRN | BLK | 03 | 02 |

| Complexion | Build | Facial Hair | Teeth | Speech | Voice | Appearance | Unique I.D. | Other |
|---|---|---|---|---|---|---|---|---|
| 06 | 03 | 01 | 01 | 01 | 01 | 01 | 01 | |

## SUSPECT OR MISSING PERSON

Offense Indicator: 1 #1, 2 #2, 3 Both [1] | Suspect Code: S-Suspect, A-Arrestee, E-Escapee, M-Missing, R-Recovered, Z-Other | Code: S | # 4 | Juvenile N | Name (Last, First, Middle): Alce, James

Maiden Name: | Nickname/Street Name: | Place of Birth: | Residence Phone ( ) N/A

Last Known Address (Street, Apt. Number): | City | State | Zip | Business Phone ( ) N/A

Occupation: | Employer/School: | Address: | Social Security Number:

Driver's License State/Number: | Immigration and Naturalization Number: | Other I.D. Number: | FL/OBTS Number (Arrested): | FCIC/NCIC ☐ YES ☐ NO

Clothing (Describe): | Scars/Marks/Tattoos (Location Describe):

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|
| B | M | 0 3 2 4 8 2 | 5-10 | 170 | BRN | BLK | 03 | 02 |

| Complexion | Build | Facial Hair | Teeth | Speech | Voice | Appearance | Unique I.D. | Other |
|---|---|---|---|---|---|---|---|---|
| 06 | 03 | 01 | 01 | 01 | 01 | 01 | 01 | |

## MISSING PERSON

Incident Type: 0 N/A, 1 Runaway, 2 Parental, 3 Involuntary, 4 Disabled, 5 Endangered, 6 Disaster Victim, 7 Voluntary Adult, 8 Unknown | Foul Play Suspected? 1 Yes / 2 No | Missing Before? 1 Yes / 2 No / 8 Unknown | Fingerprints Available? 1 Yes / 2 No / 8 Unknown | Photo Available? 1 Yes / 2 No / 8 Unknown | Dental Record Available? 1 Yes / 2 No / 8 Unknown | MCIC Form Provided? 1 Yes / 2 No

Date Last Seen: | Time Last Seen: | Location Last Seen (Address, City, St): | Accompanied By:

Mental/Physical Condition: | Medication Required/Type: | Doctor/Dentist (Name, Phone Number):

Property Carried: | ID Type/Number: | ID Type/Number:

Probable Destination: | Name/Address: | Transportation Mode:

Recovery Information: 0 N/A, 1 Voluntary, 2 Located-Not Returned, 3 Hospitalized, 4 HRS Custody, 5 Law Enforcement Custody, 6 Returned to Parent, 7 Deceased, 9 Other

## ADMINISTRATIVE

| Officer(s) Reporting | ID Number(s) | Unit | Date |
|---|---|---|---|
| MacDougall/Hendricks | 1211/1207 | V-56/V-43 | 08-30-00 |

Officer Reviewing (If Applicable): | ID Number: | Routed To: | Referred To: | Assigned To: | By: | Date:

Page ___ of ___

FORM Z-497 Rev 12/91

4

## FORT LAUDERDALE POLICE DEPARTMENT
## PERSON(S) REPORT

Juvenile [ ]  1 Original  2 Supplement [ ]

O.R. # 0 1 0 | - | 3 | 8 | 1 | 1 | 4 | 9 |

| Original Date Reported | Case Reference | Related Report Numbers |
|---|---|---|
| 0 8 , 3 , 0 , 0 , 0 | Narcotics Complaint | |

**CODES**

V/W Code: V-Victim, W-Witness, C-Reporting Person, P-Proprietor, Z-Other

Victim Type: 0 N/A, 1 Juvenile, 2 LE Officer, 3 Adult, 4 Business, 5 Government, 6 Church, 8 Other

Race: N-N/A, W-White, B-Black, I-American Indian, O-Oriental/Asian, U-Unknown

Sex: N-N/A, M-Male, F-Female, U-Unknown

Residence Type: 0 N/A, 1 City, 2 County, 3 Florida, 4 Out-of-State

Residence Status: 0 N/A, 1 Full Year, 2 Part Year, 3 Non-Resident

Extent of Injury: 0 None, 1 Minor, 2 Serious, 3 Fatal

Injury Type: 00 N/A, 01 Gunshot, 02 Stabbed, 03 Laceration, 04 Unconscious, 05 Poss Broken Bones, 06 Poss Internal Injury, 07 Loss of Teeth, 08 Burns, 09 Abrasions/Bruises, 99 Other

Victim Relationship to Offender: 00 N/A, 01 Undetermined, 02 Stranger, 03 Spouse, 04 Ex-Spouse, 05 Co-Habitant, 06 Parent, 07 Brother/Sister, 08 Child, 09 Step-Parent, 10 Step-Child, 11 In-Law, 12 Other Family, 13 Student, 14 Teacher, 15 Child of Boy/Girl Friend, 16 Boy/Girl Friend, 17 Friend, 18 Neighbor, 19 Sitter/Day Care, 20 Employee, 21 Employer, 22 Landlord/Tenant, 23 Acquaintance, 99 Other Known

**VICTIM/WITNESS**

| V/W Code | # | V-Type | Name (Last, First, Middle) | | | | | | Residence Phone ( ) |
|---|---|---|---|---|---|---|---|---|---|

| Address (Street, Apt Number) | City | State | Zip | Business Phone ( ) |
|---|---|---|---|---|

Other Contact Info. (Time Available, Interpreter, etc.)

| Race | Sex | Date of Birth or Age | If Victim Type 1,2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|

**VICTIM/WITNESS**

| V/W Code | # | V-Type | Name (Last, First, Middle) | | | | | | Residence Phone ( ) |
|---|---|---|---|---|---|---|---|---|---|

| Address (Street, Apt Number) | City | State | Zip | Business Phone ( ) |
|---|---|---|---|---|

Other Contact Info. (Time Available, Interpreter, etc.)

| Race | Sex | Date of Birth or Age | If Victim Type 1,2 or 3 | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Domestic Violence ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|

**SUSPECT**

Suspect Code: S-Suspect, A-Arrestee, E-Escaped, Z-Other

| Code | S | # | Juvenile N | Name (Last, First, Middle): Alexis Clemente |
|---|---|---|---|---|

| If Juv Name | Nickname/Street Name | Place of Birth | Residence Phone ( ) N/A |
|---|---|---|---|

| Last Known Address (Street, Apt Number): 1420 NW 4 Ave | City: FT. Lauderdale | State: FL. | Zip: 33312 | Business Phone ( ) N/A |
|---|---|---|---|---|

| Occupation | Employer/School | Address | Social Security Number |
|---|---|---|---|

| Driver's License State/Number | Immigration and Naturalization Number | Other I.D. Number | FL/OBTS Number (Arrested) | FCIC/NCIC ☐ YES ☐ NO |
|---|---|---|---|---|

| Clothing (Describe) | Scars/Marks/Tattoos (Location Describe) |
|---|---|

| Race B | Sex M | Date of Birth or Age 1 1 , 2 , 1 , 7 , 7 | Height 5-8 | Weight 175 | Eye Color BRN | Hair Color BLK | Hair Length 03 | Hair Style 02 |
|---|---|---|---|---|---|---|---|---|

| Complexion 06 | Build 03 | Facial Hair 01 | Teeth 01 | Speech 01 | Voice 01 | Appearance 01 | Unique I.D. 01 | Other |
|---|---|---|---|---|---|---|---|---|

**SUSPECT OR MISSING PERSON**

| Offense Indicator: 1 #1, 2 #2, 3 Both | 1 | Suspect Code: S-Suspect, A-Arrestee, E-Escaped, M-Missing, R-Recovered, 2-Other, Missing | Code S | # 2 | Juvenile N | Name (Last, First, Middle): Brayboy Travis |
|---|---|---|---|---|---|---|

| Maiden Name | Nickname/Street Name | Place of Birth | Residence Phone ( ) N/A |
|---|---|---|---|

| Last Known Address (Street, Apt Number): 1420 NW 4 Ave | City: FT. Lauderdale | State: FL. | Zip: 33312 | Business Phone ( ) N/A |
|---|---|---|---|---|

| Occupation | Employer/School | Address | Social Security Number |
|---|---|---|---|

| Driver's License State/Number | Immigration and Naturalization Number | Other I.D. Number | FL/OBTS Number (Arrested) | FCIC/NCIC ☐ YES ☐ NO |
|---|---|---|---|---|

| Clothing (Describe) | Scars/Marks/Tattoos (Location Describe) |
|---|---|

| Race B | Sex M | Date of Birth or Age 0 , 3 , 0 , 4 , 8 , 0 | Height 5-9 | Weight 180 | Eye Color BRN | Hair Color BLK | Hair Length 03 | Hair Style 02 |
|---|---|---|---|---|---|---|---|---|

| Complexion 03 | Build 03 | Facial Hair 01 | Teeth 01 | Speech 01 | Voice 01 | Appearance 01 | Unique I.D. 01 | Other |
|---|---|---|---|---|---|---|---|---|

**MISSING PERSON**

Incident Type: 1 Runaway, 2 Parental, 3 Involuntary, 4 Disabled, 5 Endangered, 6 Disaster Victim, 7 Voluntary Adult, 8 Unknown

Foul Play Suspected?: 1 Yes, 2 No

Missing Before?: 1 Yes, 2 No, 8 Unknown

Fingerprints Available?: 1 Yes, 2 No, 8 Unknown

Photo Available?: 1 Yes, 2 No, 8 Unknown

Dental Record Available?: 1 Yes, 2 No, 8 Unknown

MCIC Form Provided?: 1 Yes, 2 No

| Date Last Seen | Time Last Seen | Location Last Seen (Address, City, St) | Accompanied By |
|---|---|---|---|

| Mental/Physical Condition | Medication Required/Type | Doctor/Dentist (Name, Phone Number) |
|---|---|---|

| Property Carried | ID Type/Number | ID Type/Number |
|---|---|---|

| Probable Destination | Name/Address | Transportation Mode |
|---|---|---|

Recovery Information: 0 N/A, 1 Voluntary, 2 Located-Not Returned, 3 Hospitalized, 4 HRS Custody, 5 Law Enforcement Custody, 6 Returned to Parent, 7 Deceased, 9 Other

**ADMINISTRATIVE**

| Officer(s) Reporting: MacDougall/Hendricks | ID Number/ 1211/1207 | Unit V-56/V-43 | Date 08-30-00 |
|---|---|---|---|

| Officer Reviewing (If Applicable) | ID. Number | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|

Page ___ of ___

FORM Z-497 Rev 12/91

5

**FORT LAUDERDALE POLICE DEPARTMENT**
## SUPPLEMENT PAGE 1

| Original Date Reported | | Case Title Narcotics Complaint | | | |
|---|---|---|---|---|---|
| Reported: Day | Date | Time (mil) | | Related Report Numbers | |

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic 5. Misdemeanor | 6. Ordinance 8. Other | OFFENSE CHANGED TO | ☒ N/A |

| OFFENSE # 1 | Type | Title | A-Attempted C-Committed | Statute Violation Number | | - | | | | Municipal Ordinance | | - | | |
| OFFENSE # 2 | Type | Title | A-Attempted C-Committed | Statute Violation Number | | - | | | | Municipal Ordinance | | - | | |

| Incident Location (Street, Apt Number) | City | Zip | Rept. Area | Zone |

## OPERATION HIGH IMPACT

Detective Hendricks and I received numerous complaints of narcotics sales which occur on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. These complaints came from Ft. Lauderdale Police Officers and residents who live in this area. Members of the Special Investigations Division have also been aware of this illegal activity, however due to the geographics, enforcement has been difficult. We have conducted surveillances during the month of January and have verified narcotics activity on this block. We have found that most of the narcotics activity takes place in front of 1420 Northwest 4 Avenue and crack cocaine is being sold from 1613 Northwest 5 Avenue.

Detective Hendricks and I consulted with Detective Sergeant Sebregandio and Detective Sergeant Peney and formulated a plan of action, now called OPERATION HIGH IMPACT. We went to Crime Analysis and had all the arrests pulled from January of 1999 to January of 2000. There have been forty five arrests made during this period. These Detectives then pulled booking photos and criminal histories of all those arrested related to narcotics.

This operation will involve the use of Detectives from the Special Investigations Division and may lead to confidential informants posing as drug purchasers. The Detectives will go to this area and make purchases of illegal narcotics. After a purchase, identifications will be made from the use of video equipment, booking photos, contacts and personal knowledge.

These Detectives will be in contact with the State Attorney's Office and the United States Attorney's Office throughout this operation. It is our hopes, that at the conclusion of this operation, this area will be highly impacted with the goal in mind to eliminate the high amount of narcotics activity that is now taking place.

The following are controlled Narcotics buys of Crack Cocaine in the area of the 1400 block of Northwest 4 Avenue.

Buy # 1

On Thursday, 3/23/00, at 0835 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and Detective Hendricks. Detective Heller was using money from Investigative funds which

| Report Contains Narrative Continuation | | | | | | Related Report Number(s) | |
|---|---|---|---|---|---|---|---|
| Officer(s) Reporting Detectives MacDougall & Hendricks | | | | 1211 7 1207 | V56 7 V43 | Date |
| Officer Reviewing (If Applicable) | I.D. Number | Router To | Referred To | Assigned To | By | Date |
| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrested |
| Exception Type 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offense without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/no Custody | CBTS Num | |

FORM Z-2488   Rev 6/98

6

| Original Date Reported | Case Reference |
|---|---|
| | Narcotics Complaint |

was previously photocopied (two twenty dollar bills AF15522974BF6 and AA02699625A1; one ten dollar bill K51721116B). The photocopies of this money was placed in evidence. A narcotics transaction took place and was video recorded. This original video tape was placed in evidence.

Detective Heller was travelling south in the 1400 block of Northwest 4 Avenue and was flagged down by two black males later identified as "Tray" and "PJ". Tray and PJ came to Detective Heller's driver's window and Detective Heller said, "Can I get fifty?". Tray directed Detective Heller to park in front of 1425 Northwest 4 Avenue. Detective Heller parked and waited only a short time before Tray and PJ came to his driver's window. Tray handed Detective Heller five (later valtox positive) crack cocaine rocks as PJ stood next to Tray. Detective Heller handed Tray the aforementioned fifty dollar bills to complete the transaction. Tray then told PJ to tell Detective Heller their pager number and said it was 235-3502. Detective Heller then left the area and placed the crack cocaine in evidence. This investigation is ongoing.

Tray and PJ's charge is Delivery of Cocaine
Lab report: weight .24 grams

Buy #2

On Thursday, 3/23/00, at 1127 hours, Detective Heller went back to this location. He was using money from investigative funds which was previously photocopied (two twenty dollar bills, AB04244252EB2 and AE89444718AE5). The photocopies were placed in evidence.

Detective Heller was travelling south in the 1400 block of Northwest 4 Avenue and was flagged down by Tray in front of 1425 Northwest 4 Avenue. Detective Heller parked and PJ came to his driver's window. PJ said, "What's up?". Detective Heller replied, "What's up man, Forty?". PJ said, "You ain't the Police?" and Detective Heller said he was not. Detective Heller stated, "I was here this morning and bought fifty from Tray and PJ". PJ then asked why Detective Heller did not call them first. Tray then arrived at Detective Heller's window and put two (later valtox positive) crack cocaine rocks in Detective Heller's hand and said, "Tray!". Detective Heller gave Tray the aforementioned two twenty dollar bills to complete the transaction. Detective Heller then left the area and placed the crack cocaine in evidence. This investigation is ongoing.

Tray and PJ's charge is Delivery of Cocaine.
Lab report: weight .15 grams

Buy # 1

On Friday, 03/24/00, at 1002 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and Detective Hendricks. Detective Heller was using money from Investigative funds which was previously photocopied (two twenty dollar bills, serial numbers B11300715 and AC24703110E). The

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 ___
TITLE _Detective_ PRINT NAME _Carl Hannold_ CCN _1190_
SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported
by me, by person or persons unknown/known to me as _____ and further
that I DO _____ DO NOT _____ desire to prosecute.
Sworn and subscribed by me this _____
day of _____ 19 _____ . Victims Signature _____

FORM Z-248B Rev. 8/98 (Back)

7

r-06293-PCR LAUDERDALE POLICE DEPARTMENT ed on FLSD Docket 02/06/2001 Page

# SUPPLEMENT PAGE 3

| Original Date Reported | | | Case Title | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Narcotics Complaint | | | | | | |
| Reported: Day | | Date | | Time (mil) | | | | Related Report Numbers | |

| Incident Type: 1. Misdemeanor 5. Ordinance 1. Felony 4. Traffic 8. Other 2. Traffic Felony Misdemeanor | **OFFENSE  CHANGED  TO** | | | | ☒ N/A |
|---|---|---|---|---|---|
| OFFENSE #1 | Type | Title | A-Attempted C-Committed | Statute Violation Number | | - | | | | | Municipal Ordinance | | | - | | |
| OFFENSE #2 | Type | Title | A-Attempted C-Committed | Statute Violation Number | | - | | | | | Municipal Ordinance | | | - | | |
| Incident Location (Street, Apt Number) | | | | | City | | | Zip | | | Rept. Area | | | Zone | |

photocopies of this money was placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

Detective Heller was travelling south in the 1400 block of Northwest 4 Avenue and was flagged down by a black male later identified as Travis Brayboy in front of 1420 Northwest 4 Avenue. Detective Heller said to Brayboy, "You got forty" (street vernacular for forty dollars worth of crack cocaine). Brayboy reached down the front of his shorts and retrieved a large clear plastic bag which contained a large amount of crack cocaine rocks. Brayboy then took two (later valtoxed positive) crack cocaine rocks out of this bag and handed them to Detective Heller. Detective Heller then handed Brayboy the aforementioned two twenty dollar bills in exchange for the crack cocaine. Detective Heller then left the area and placed the crack cocaine in evidence. This investigation is ongoing.

Brayboy's charge for this transaction is Delivery of Cocaine.
Lab report: weight: .15 grams

Buy #2

On Friday, 03/24/00, at 1249 hours, Detective Heller went back to this location. He was using money from Investigative funds which was previously photocopied (two twenty dollar bills serial numbers E39869160E and D30592182A). The photocopies were placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

Detective Heller was travelling south in the 1400 block of Northwest 4 Avenue and was flagged down by two black males in front of 1427 Northwest 4 Avenue. These two black males are known to Detective Heller from the two narcotics transactions which occurred on 3/23/00. They are known by their nicknames at this time as P.J. and Tray. Tray walked to the driver's window and poured several crack cocaine rocks out of a prescription pill bottle into Tray's hand. Detective Heller said to him, "Let me get Forty". Tray replied, "Why you ain't call me?" and told Detective Heller to "Get another Forty" as he handed Detective Heller two (later valtoxed positive) crack cocaine rocks. Detective Heller handed Tray the aforementioned two twenty dollar bills in exchange for the crack cocaine. P.J. then arrived at Detective Heller's driver's window and said, "I got you man, I got you man" as he was holding several crack cocaine rocks in his open right palm and had his left hand extended through the driver's window holding two crack cocaine rocks with his fingers. Detective Heller told him, "Maybe later" and left the area. Detective Heller placed the crack cocaine in evidence This investigation is ongoing.

Tray's charge for this transaction is Delivery of Cocaine.
P.J.'s charge for this transaction is Solicitation to Deliver Cocaine.
Lab report: weight .29 Grams

On Thursday, 3/23/00, at 0835 hours, a black male nicknamed Tray sold Detective Heller five

| Report Contains | | | | | | Related Report Number(s) | |
|---|---|---|---|---|---|---|---|
| Narrative Continuation | | | | | | | |
| Officer(s) Reporting | | | | | I.D. Number(s) | | Date |
| Detectives MacDougall & Hendricks | | | | | 1211  7  1207 | V56  7  V43 | |
| Officer Reviewing (If Applicable) | I.D. Number | Router To | Referred To | Assigned To | | By | Date |
| Case Status | Clearance Type 1. Arrest 3. Unfounded 2. Exceptional | A-Adult J-Juvenile | Date Cleared | | Arrest Number | | Number Arrested 13 |
| Exception Type 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | OBTS Number | | |

FORM Z-2488  Rev 8/88

8

| Original Date Reported | Case Reference |
|---|---|
| | Narcotics Complaint |

crack cocaine rocks for fifty dollars while a black male nicknamed P.J. stood next to him.

On Thursday, 3/23/00, at 1127 hours, Tray sold Detective Heller two crack cocaine rocks for forty dollars while P.J. again stood by. On each occasion, both black males had conversation with Detective Heller.

On Friday, 3/24/00, at 1249 hours, Tray sold Detective Heller two crack cocaine rocks for forty dollars but was in possession of additional crack cocaine. Immediately thereafter, P.J. solicited Detective Heller to purchase two crack cocaine rocks as P.J. was holding additional crack cocaine.

On Friday, 3/24/00, during the afternoon hours, Detective Hendricks and I responded to the 1400 block of Northwest 4 Avenue and contacted Tray and P.J. in front of 1427 Northwest 4 Avenue. Detective Heller drove by at this time, remaining undercover, and positively identified Tray and P.J. as the two involved in the above illegal narcotics transactions.

Tray said his name was Fradlet Desamours and gave his date of birth as 6/4/83. His address is 1427 Northwest 4 Avenue. P.J. gave his name as Benson Paul and gave his date of birth of 5/12/83. He said his address is 1400 Northwest 3 Avenue. Detective Hendricks obtained Tray's booking photo and criminal history which includes narcotics related crimes. Benson Paul's name is Winshel Paul. Paul's booking photo was obtained and his criminal history also shows narcotics related crimes.

### Buy #1

On Saturday, 03/25/00, at 1541 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and this Detective. Detective Heller was using money from Investigative funds which was previously photocopied (two twenty dollar bills, serial numbers L39363902F and G70878128B). The photocopies of this money was placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

Detective Heller was travelling south in the 1400 block of Northwest 4 Avenue and stopped in front 1420 Northwest 4 Avenue. A black male later identified as Troy Brown went to Detective Heller's driver's window. Troy Brown (date of birth 5/15/75) is in a wheel chair and is known to Detective Heller and these Detectives from past encounters related to illegal narcotics activity. He frequents this area often and may live at this address. Detective Heller said to Brown, "What's up man, let me get seventy" (street vernacular for seventy dollars worth of crack cocaine). Brown replied, "I got forty on me". Detective Heller then told Brown, "I'll take forty, that's all you got?". Brown then took two (later valtoxed positive) crack cocaine rocks out of his mouth and handed them to Detective Heller. Detective Heller handed Brown the two aforementioned twenty dollar bills to complete this transaction. Brown then told Detective Heller to come back in five to ten minutes because a dude is on his way back from 8 Avenue (with more crack cocaine). Detective Heller then left the area and placed the crack cocaine in evidence. This investigation is ongoing.

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 _____

TITLE __Detective__ PRINT NAME __Carl Hannold__ CCN __1190__

SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported by me, by person or persons unknown/known to me as _____ and further that I DO _____ DO NOT _____ desire to prosecute.

Sworn and subscribed by me this _____

day of _____ 19 _____ . Victims Signature _____

9

FORM Z-3498 Rev. 8/88 (Back)

**FORT LAUDERDALE POLICE DEPARTMENT**
**SUPPLEMENT PAGE**

| Original Date Reported | | | Case Title | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Narcotics Complaint | | | | | | | |
| Reported Day | | Date | | Time (mil) | | | | Related Report Numbers | | |

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic | 5. Ordinance 9. Other | | | | | | | | | |

**OFFENSE CHANGED TO** ☐ N/A

| OFFENSE #1 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | | - | | Municipal Ordinance | | - | |
| OFFENSE #2 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | | - | | Municipal Ordinance | | - | |
| Incident Location (Street, Apt Number) | | | | | | City | | Zip | | Rept. Area | | Zone | |

Brown's charge for this transaction is Delivery of Cocaine.
Lab report: weight .39 grams

**Buy #2**

On Saturday, 03/25/00, at 1635 hours, Detective Heller went back to this location. He was using money from Investigative funds which was previously photocopied (one twenty dollar bill serial numbers B28389584E and one ten dollar bill J47655351B). The photocopies were placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

Detective Heller was travelling south and stopped in front of 1420 Northwest 4 Avenue. Travis Brayboy, who had sold Detective Heller crack cocaine on 3/24/00 at 1249 hours, went to Detective Heller's window with an unidentified black male. Detective Heller said to them, "What's up, let me get thirty" (street vernacular for thirty dollars worth of crack cocaine). Brayboy was holding crack cocaine in his right hand and handed Detective Heller two (later valtoxed positive) crack cocaine rocks. Detective Heller handed Brayboy the aforementioned thirty dollars and said, "Can I get a little more?". Brayboy walked away from the window and the unidentified black male said to Detective Heller, "You want some more, you want some more?". The unidentified black male appeared to be holding crack cocaine in his left hand but no exchange was made because Detective Heller had no more money to spend. Detective Heller then left the area and placed the two crack cocaine rocks in evidence. This investigation is ongoing.

Brayboy's charge for this transaction is Delivery of Cocaine.
Lab report: weight .16 Grams

**Buy #1**

On Wednesday, 3/29/00, at 1553 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening Device which was monitored by Detective Sergeant Sebregandio and this Detective. Detective Heller was using money from investigative funds which was previously photocopied (two twenty dollar bills, AL15757420A, AL14321403AL12). The photocopies and the video tape of this transaction were placed in evidence.

Detective Heller was travelling south in the 1400 block of Northwest 4 Avenue and stopped in front of 1420 Northwest 4 Avenue. Troy Brown (5/15/75) went to Detective Heller's driver's window. Troy Brown is in a wheelchair and sold Detective Heller two crack cocaine rocks for forty dollars on 3/25/00 at 1541 hours. Detective Heller said to Brown, "What's up man, can I get forty?". Brown was holding a crazy glue

| Report Contains | | | | | | | | Related Report Number(s) | |
|---|---|---|---|---|---|---|---|---|---|
| Narrative Continuation | | | | | | | | | |
| Officer(s) Reporting | | | | | | | | | |
| Detectives MacDougall & Hendricks | | | | | | 1211 / 1207 I.D. Number(s) | V56 / V43 Unit | | Date |
| Officer Reviewing (If Applicable) | LD. Number | | Router To | | Referred To | | Assigned To | By | Date |
| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | | | Arrest Number | | Number Arrested 13 |
| Reception Type 1. Extradition Desired | 2. Arrest on Primary Offense Warrant Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | | | OBTS Number | | |

FORM Z-2488 Rev 6/98

10

| Original Date Reported | Case Reference |
|---|---|
| | Narcotics Complaint |

container and poured two crack cocaine rocks out of this container and handed them to Detective Heller. Detective Heller gave Brown the aforementioned two twenty dollar bills to complete the transaction. Detective Heller then left the area and placed the crack cocaine in evidence.

> Browns charge is Delivery of Cocaine.
> Lab report: weight .28 grams

### Buy # 1

On Friday, 03/31/00, at 1547 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and this Detective. Detective Heller was using money from Investigative funds which was previously photocopied, two twenty dollar bills and one ten dollar bill (serial numbers G36721326D L83823532D H08281684B). The photocopies of this money was placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

Detective Heller was traveling south on Northwest 4 Avenue in the 1500 block when he was flagged down by a black male known to Detective Heller from two narcotics transactions which occurred on 3-24-00 and 3-25-00, Travis Brayboy. Detective Heller said to Brayboy, "What's up, fifty" (common street vernacular for fifty dollars worth of crack cocaine). Brayboy opened a brown pill bottle he was holding that contained several suspect crack cocaine rocks and removed three which he sold Detective Heller for the before mentioned fifty dollars.

Detective Heller advised Brayboy that when he was here earlier he had purchased from a male on a bike. He asked Brayboy of a name to ask for when he comes back. Brayboy stated, "Come to my house, you know where it is and ask for Black". Detective Heller then left the area and placed the cocaine into evidence. This investigation is ongoing.

> Brayboys charge for this transaction is Delivery of Cocaine.
> Lab report: weight .21 Grams

### Buy #1

On Thursday, 4/6/00, at 1348 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between 13 Street and 16 Street. He was wired with a Unitel Listening Device which was monitored by Detective Sergeant Sebregandio and Detective Hendricks. Detective Heller was using money from Investigative Funds which was previously photocopied (two twenty dollar bills H03728100B and I24599523A). The photocopies of the money along with the video tape were placed in evidence.

---

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 _____
TITLE _Detective_ PRINT NAME _Carl Hannold_ CCN _1190_
SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported by me, by person or persons unknown/known to me as _____ and further that I DO _____ DO NOT _____ desire to prosecute.

Sworn and subscribed by me this _____

day of _____ 19 _____. Victims Signature _____

11

FORM Z-3488 Rev. 6/98 (Back)

0-06293-PCH Document 116 Entered on ELSD Docket 02/05/2001 I. Pa

| Original Date Reported | | | | Case Title | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Narcotics Complaint | | | | |
| Reported: Day | | Date | | | Time (mil) | | Related Report Numbers | |

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic Misdemeanor | 5. Ordinance 6. Other | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

## OFFENSE CHANGED TO ☐ N/A

| OFFENSE # 1 | Type | Title | A-Attempted C-Committed | Statute Violation Number | | | Municipal Ordinance | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | - | | - |
| OFFENSE # 2 | Type | Title | A-Attempted C-Committed | Statute Violation Number | | | Municipal Ordinance | |
| | | | | | | - | | - |

| Incident Location (Street, Apt Number) | | City | Zip | Rept. Area | Zone |
| --- | --- | --- | --- | --- | --- |

Detective Heller was travelling south in the 1500 block of Northwest 4 Avenue when he was flagged down by a black male. The black male motioned to Detective Heller to back up his vehicle. At this time, a second black male rode up on a bicycle and had a brief conversation with male #1. Detective Heller observed male #1 reach into a pill container which he removed from his pocket and place several white objects (crack cocaine) into the right hand of male #2. Male #2 then rode to Detective Heller's driver's window. Detective Heller said to male #2, "What's up man, you got forty?". The male stated, "Yeah", opened his right hand and gave Detective Heller four (later valtox positive) crack cocaine rocks. Detective Heller gave male #2 the aforementioned two twenty dollar bills.

On Thursday, 4/6/00, at 1415 hours, Detective Hendricks and Detective MacDougall observed a black male standing next to a vehicle at Northwest 15 Street and 4 Avenue. This male fit the description of male #1 from the above transaction. These Detectives spoke to the male who advised his name was Gary Williams (1/26/82). Detective Heller drove by this location and positively identified male #1 as Gary Williams. At a later date, from the video tape, male #2 was identified as Marion McCleod (6/28/81).

Williams and McCleod's charges are Delivery of Cocaine

Lab report: weight .34 Grams

---

Buy #1

On Monday, 04/17/00, at 1240 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and this Detective. Detective Heller was using money from Investigative funds which was previously photocopied (two twenty dollar bills, serial numbers A85605384B and B90790044E). The photocopies of this money was placed in evidence. A narcotics transaction took place but was not video recorded because of a malfunction with the battery pack.

Detective Heller was travelling south in the 1400 block of Northwest 4 Avenue and stopped in front 1420 Northwest 4 Avenue. A black male, later identified as Robert Williams, (DOB 11/22/77) jogged over to Detective Heller's window and stated, "What you need?". Detective Heller told Williams, "Can I get forty?" (Forty being street vernacular for forty dollars worth of crack cocaine). Williams was holding crack cocaine rocks in his right hand and handed Detective Heller two (later valtoxed positive) crack cocaine rocks. Detective Heller gave Williams the aforementioned two twenty dollar bills to complete this transaction. Detective Heller then left the area and placed the crack cocaine in evidence. Detective Shields was given a description of Williams and contacted him in front of 1420 Northwest 4 Avenue. Detective Heller drove to this location and positively identified Williams as the person who had just recently sold him

| Report Contains | | | | | | Related Report Number(s) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Narrative Continuation | | | | | | | | |
| Officer(s) Reporting | | | | | | | | Date |
| Detectives MacDougall & Hendricks | | | | | 1211 | I.D. Number(s) 7 1207 | V56 Unit 7 V43 | |
| Officer Reviewing (If Applicable) | LD. Number | Router To | Referred To | | Assigned To | | By | Date |
| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | | Arrest Number | | Number Arrested 13 |
| Disposition Type 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | | OBTS Number | | |

FORM Z-2488  Rev 6/86

12

| Original Date Reported | Case Reference |
|---|---|
| | Narcotics Complaint |

the crack cocaine rocks. This investigation is ongoing.
> Alexis charge for this transaction is Delivery of Cocaine.
> At a later date, Williams was identified as Clemente Alexis 11/21/77
> Lab report: weight .25 Grams

Buy #1

On Friday, 04/21/00, at 1439 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and this Detective. Detective Heller was using money from Investigative funds which was previously photocopied (two twenty dollar bills, serial numbers K11816052A and AG08831010F). The photocopies of this money was placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

Detective Heller was traveling south in the 1400 block of Northwest 4 Avenue when he was flagged down by a black who advised him to pull into the driveway at 1427 Northwest 4 Avenue. The black male that approached his vehicle is known to Detective Heller from earlier narcotic transactions as, "Tray" (Fradlet Desamours DOB 6/4/83). Detective Heller stated to Tray, "Hey man got forty?" (common street term for forty dollars worth of crack cocaine). Tray took two crack cocaine rocks from the several he was holding in his hand and put them into Detective Heller's hand and stated, "Put them in your mouth". Detective Heller stated, "I'm not going to put them in my mouth". Tray then reached into the vehicle and took the two crack cocaine rocks out of Detective Hellers hand and walked away. Detective Heller then left the area.

At 1447 hrs on 04/21/00 Detective Heller returned and was travelling south in the 1600 block of Northwest 4 Avenue when he was approached by a black male, Damion Walters 11/29/77. Detective Heller stated, "Hey man got forty?" (referring to forty dollars worth of crack cocaine). Walters opened his left hand which contained several crack cocaine rocks and handed Detective Heller two for the before mentioned twenty dollar bills. Detective Heller then left the area and placed the crack cocaine in evidence. This investigation is ongoing.
> Trays charge: Delivery of Cocaine
> Walters charge: Delivery of Cocaine
> Lab report: weight .29 Grams

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 ___
TITLE Detective     PRINT NAME Carl Hannold     CCN 1190
SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported
by me, by person or persons unknown/known to me as _____ and further
that I DO _____ DO NOT _____ desire to prosecute.
Sworn and subscribed by me this _____
day of _____ 19 ___ .     Victims Signature _____     13

FORM Z-3488 Rev. 6/88 (Back)

| Original Date Reported | | | Case Title | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Narcotics Complaint | | | | | | |
| Reported Day | | Date | | Time (mil) | | | Related Report Numbers | | |
| | | | | | | | | | |

| Incident Type: 1. Misdemeanor 5. Ordinance / 1. Felony 4. Traffic 6. Other / 2. Traffic Felony Misdemeanor | OFFENSE CHANGED TO | ☐ N/A |
|---|---|---|

| OFFENSE #1 | Type | Title | | A-Attempted C-Committed | Statute Violation Number | Municipal Ordinance |
|---|---|---|---|---|---|---|
| OFFENSE #2 | Type | Title | | A-Attempted C-Committed | Statute Violation Number | Municipal Ordinance |

| Incident Location (Street, Apt Number) | City | Zip | Rept. Area | Zone |
|---|---|---|---|---|

Buy #1

On Thursday, 05/04/00, at 1550 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and this Detective. Detective Heller was using money from Investigative funds which was previously photocopied (two twenty dollar bills, serial numbers AF08645429A and G78574155C). The photocopies of this money was placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

Detective Heller was traveling south in the 1500 block of Northwest 4 Avenue and stopped at Northwest 15 Street. Two black males who are known to Detective Hendricks and I as Curtis Bernard Jones (DOB 3/2/82) and Gary Williams (DOB 1/26/82) approached Detective Heller's window. Detective Heller said to both, "What's up man, Can I get forty?" (Forty being a common street term for forty dollars worth of crack cocaine). Williams was now standing directly in front of Detective Heller's driver's window while Jones was just to his north. Williams said to Detective Heller, "Who do you know around here?". Detective Heller replied, "Tray and PJ". Williams looked at Jones and said to Jones, "Oh, Tray, yeah, yeah, alright" as he gave Jones the Okay to serve Detective Heller. Jones then handed Detective Heller two (later valtoxed positive) crack cocaine rocks in exchange for the aforementioned Forty dollars. Williams then said, "Alright" as Detective Heller drove away. Detective Heller then left the area and placed the crack cocaine in evidence. This investigation is ongoing.

> Gary Williams charge: Delivery of Cocaine
> Curtis Bernard Jones charge: Delivery of Cocaine
> Lab report: weight .33 Grams

Buy # 1

On Wednesday, 05/10/00, at 1429 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and this Detective. Detective Heller was using money from Investigative funds which was previously photocopied (two twenty dollar bills, serial numbers F05360395B and AG27953217F). The photocopies of this money was placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

Detective Heller was traveling south in the 1500 block of Northwest 4 Avenue and was flagged down by a black male known to Detective Hendricks and I as Daimon Walters (DOB11/29/77). Walters

| Report Contains | | | | | | Related Report Number(s) |
|---|---|---|---|---|---|---|
| Narrative Continuation | | | | | | |
| Officer(s) Reporting | | | | I.D. Number(s) | Unit | Date |
| Detectives MacDougall & Hendricks | | | | 1211 / 1207 | V56 / V43 | |
| Officer Reviewing (If Applicable) | I.D. Number | Router To | Referred To | Assigned To | By | Date |
| Case Status | Clearance Type 1. Arrest 2. Unfounded 1. Exceptional | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrested 13 |
| Disposition Type 1. Extradition Declined | 1. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | OBTS Number | |

FORM Z-2488  Rev 8/98

14

| Original Date Reported | Case Reference |
|---|---|
| | Narcotics Complaint |

stopped his bicycle in the middle of the road at Northwest 15 Street. Detective Heller stopped next to him and said, "Can I get Forty?" (Forty being a common street term for forty dollars worth of crack cocaine). Walters took two (later valtoxed positive) crack cocaine rocks out of his mouth and handed them to Detective Heller. Detective Heller then handed Walters the aforementioned forty dollars. The crack cocaine rocks were stuck together so Detective Heller thought briefly that he only had one crack cocaine rock. Detective Heller then said, "Another one, theres two there, oh there stuck together". Walters said, "Yeah" and Detective Heller drove south.

   Walters charge is Delivery of Cocaine
   Lab report: weight .32 Grams

Buy # 2 (narrative from above continued)

   Detective Heller then advised me that he was getting flagged down by a black male known to all these Detectives as Clemente Alexis (DOB11/21/77) also known as Robert Williams (DOB 11/22/77). Clemente has sold crack cocaine to Detective Heller in the past and was now in front of 1420 Northwest 4 Avenue. Detective Heller turned around and drove north to the front of this location. Clemente was in the street and Detective Heller stopped next to him. Detective Heller said, "What's up man, Can I get forty?". Clemente was holding two (later valtoxed positive) crack cocaine rocks in his left hand and handed them to Detective Heller. Detective Heller had previously photocopied twenty dollar bills with him and handed Clemente two twenty dollar bills to complete this transaction. The serial numbers to these two twenty dollar bills (F13761742B and H64762159A). Detective Heller left the area and placed all the crack cocaine in evidence. The photocopies were also placed in evidence. Note: both transactions are on one video tape and the second deal occurred at 1432 hours. This investigation is ongoing.

   Alexis charge: Delivery of Cocaine
   Lab report: weight .27 Grams

Buy # 3

   On Wednesday, 05/10/00, at 1628 hours, Detective Heller was working undercover making himself available to purchase narcotics on Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and this Detective. Detective Heller was using money from Investigative funds which was previously photocopied (three twenty dollar bills, serial numbers G15969173D, C14816506A and K05409504B). The photocopies of this money was placed in evidence. A narcotics transaction took place and was video recorded. The original video tape was placed in evidence.

   Detective Heller was traveling south in the 1400 block of Northwest 4 Avenue and was flagged down by a black male known to these Detectives as Alexis Clemente (DOB11/21/77) also known as Robert Williams (DOB11/22/77). Clemente walked from 1439 Northwest 4 Avenue to Detective Heller who stopped in the street. Detective Heller said to him, "Can I get sixty?" (Sixty being a common street term for

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 ____
   TITLE Detective _____ PRINT NAME Carl Hannold _____ CCN 1190

          SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported by me, by person or persons unknown/known to me as _____ and further that I DO _____ DO NOT _____ desire to prosecute.

Sworn and subscribed by me this _____

day of _____ 19 ____ .  Victims Signature _____

FORM Z-3408 Rev. 6/96 (Back)

15

Case 0:06293-POH Document 2 Entered on FLSD Docket 02/05/2001 Page

| Original Date Reported | | Case Title |
|---|---|---|
| | | Narcotics Complaint |

| Reported: Day | Date | | Time (md) | | | | Related Report Numbers | |
|---|---|---|---|---|---|---|---|---|

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic Misdemeanor | 5. Ordinance 9. Other | **OFFENSE CHANGED TO** | | | | | **☒ N/A** |

| OFFENSE #1 | Type | Title | A-Attempted C-Committed | Statute Violation Number | | _ | Municipal Ordinance | | _ |
|---|---|---|---|---|---|---|---|---|---|
| OFFENSE #2 | Type | Title | A-Attempted C-Committed | Statute Violation Number | | _ | Municipal Ordinance | | _ |

| Incident Location (Street, Apt Number) | | City | Zip | Rept. Area | Zone |
|---|---|---|---|---|---|

sixty dollars worth of crack cocaine). Clemente replied, "Go to the road and turn around". Detective Heller then drove south and turned around now heading north in the 1400 block of Northwest 4 Avenue. Detective Heller observed Clemente come out of 1420 Northwest 4 Avenue (also Travis Brayboy's home address) and come to his driver's window. Clemente handed Detective Heller six (later valtoxed positive) crack cocaine rocks and Detective Heller handed Clemente the aforementioned sixty dollars. Detective Heller then drove away and placed the crack cocaine in evidence. This investigation is ongoing.

Alexis charge is Delivery of Cocaine
Lab report: weight .35 Grams

Buy # 1

On Thursday, 05/11/00 at 1145 hours, Detective Heller was working undercover making himself available to purchase narcotics on N. W. 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and Detective Hendricks. Detective Heller was using money from Investigative funds which was previously photocopied.( two twenty dollar bills, serial numbers G27273808C and AB56815713H ). The photocopies of this money along with the original video tape of the narcotics transaction were placed into evidence.

Detective Heller was traveling south on Northwest 4 Avenue in the 1400 block when he was flagged down by a black male. The male walked up to the driver's side window and Detective Heller stated "Got forty?" (this is a common street term for forty dollars worth of crack cocaine ). The black male poured several crack cocaine rocks out into his hand from a black film container and sold two to Detective Heller for the before mentioned twenty dollar bills. Detective Heller left the area and placed the Valtox positive crack cocaine rocks into evidence.

This black male was later identified as Marion McCleod 6/28/81
McCleod's charge is Delivery of Cocaine
Lab report: .21 Grams

Buy # 2

On Thursday, 05/11/00 at 1322 hours Detective Heller returned to the area of Northwest 4 Avenue between Northwest 13 Street and Northwest 16 Street making himself available to purchase narcotics. Detective Heller was using previously photocopied investigative funds, two twenty dollar bills, (serial numbers AG10297900E and AG 35853012D). The photocopies of this money along with the original video tape of the narcotics transaction were placed into evidence.

Detective Heller was traveling south on Northwest 4 Avenue in the 1400 block when he again

| Report Contains | | | | | Related Report Number(s) |
|---|---|---|---|---|---|
| Narrative Continuation | | | | | |

| Officer(s) Reporting | | | | I.D. Number | Unit | Date |
|---|---|---|---|---|---|---|
| Detectives MacDougall & Hendricks | | | 1211 / 1207 | V56 / V43 | |

| Officer Reviewing (if Applicable) | | I.D. Number | Router To | Returned To | Assigned To | By | Date |
|---|---|---|---|---|---|---|---|

| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrested 13 |
|---|---|---|---|---|---|---|

| Disposition Type 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offenses Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | OBTS Number |
|---|---|---|---|---|

FORM Z-2488  Rev 6/86

16

| Original Date Reported | Case Reference |
|---|---|
| | Narcotics Complaint |

was flagged down by the same black male from the earlier transaction. The male walked up to the drivers side window and Detective Heller stated, "Can I get another forty?". The male stated, "Yea" and again poured several crack cocaine rocks out of a black film container into his hand and gave Detective Heller three Valtox positive cocaine rocks for the before mentioned twenty dollar bills. Detective Heller left the area and placed the crack cocaine into evidence.

> McCleod's charge is Delivery of Cocaine
> Lab report: weight .29 Grams

On Thursday, 05/11/00 at 1400 hours Detective Hendricks and Detective MacDougall responded to the area of 4 Avenue and north west 14 Street and stopped a black male fitting the description given to us by Detective Heller of the black male from the earlier narcotics transaction. The male we spoke to advised his name was Marion McCleod ( DOB 6/28/81 ). Detective Heller drove past the location these Detective were and positively identified Marion McCleod as the male that sold him the narcotics in the two earlier transactions.

---

Buy # 1

On Wednesday, 05/17/00, at 1127 hours, Detective Heller was working undercover making himself available to purchase narcotics on N. W. 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and Detective Hendricks. Detective Heller was using money from Investigative funds which was previously photocopied.( two twenty dollar bills, serial numbers K24286209A and A48312813B ). The photocopies of this money along with the original video tape of the narcotics transaction were placed into evidence.

Detective Heller was traveling south on Northwest 4 Avenue in the 1400 block when he was flagged down by a black male known to Detective Heller and these Detectives from earlier narcotics transactions as Marion McCleod ( DOB 06/28/81). McCleod walked up to the drivers side window and Detective Heller stated " Hey boss, can I get forty " ( this is a common street term for forty dollars worth of crack cocaine ). McCleod reached up to his mouth and spit two Valtox positive crack cocaine rocks into his hand and exchanged them with Detective Heller for the before mentioned twenty dollar bills. Detective Heller left the area and placed the crack cocaine rocks into evidence.

> Marion McCleods charge for this transaction is Delivery of Cocaine.
> . Lab report: weight .26 Grams

Buy # 2

On Wednesday, 05/17/00, at 1309 hours Detective Heller returned to the area of Northwest 4 Avenue between 13 Street and 16 Street making himself available to purchase narcotics. He was wired with

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 ___
TITLE __Detective__ PRINT NAME __Carl Hannold__ CCN __1190__
SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported
by me, by person or persons unknown/known to me as _____ and further
that I DO _____ DO NOT _____ desire to prosecute.
Sworn and subscribed by me this _____
day of _____ 19 _____. Victims Signature _____

FORM Z-3488 Rev. 8/88 (Back)

17

**FORT LAUDERDALE POLICE DEPARTMENT**
**SUPPLEMENT PAGE** 13

| Original Date Reported | | Case Title | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Narcotics Complaint | | | | | | |

| Reported Day | | Date | | | Time (mil) | | | Related Report Numbers |
|---|---|---|---|---|---|---|---|---|

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic Misdemeanor | 5. Ordinance 9. Other | |
|---|---|---|---|

**OFFENSE CHANGED TO** ☐ N/A

| OFFENSE #1 | Type | Title | | A-Attempted C-Committed | Statute Violation Number | | Municipal Ordinance | |
|---|---|---|---|---|---|---|---|---|
| OFFENSE #2 | Type | Title | | A-Attempted C-Committed | Statute Violation Number | | Municipal Ordinance | |

| Incident Location (Street, Apt Number) | City | Zip | Rept. Area | Zone |
|---|---|---|---|---|

a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and Detective Hendricks. Detective Heller was using money from Investigative funds which was previously photocopied, ten twenty dollar bills, (serial numbers F68428376C, L13775411I, L54091011E, L17406786A, B80735013A, AL66424821A, D11706341B, G90819788D, J58530068A, B84839230A). The photocopies of this money along with the original video tape of the narcotics transaction were placed into evidence.

Detective Heller was traveling south on Northwest 4 Avenue in the 1400 block when a black male known to Detective Heller and these Detective from earlier drug transactions as Troy Brown (DOB 05/15/75) flagged him down. Brown came up to the drivers side window and Detective Heller stated, "What's up man, you got 200?" (this is street term for 200 dollars worth of crack cocaine). Brown stated, "Pull over let me see what I got". Brown who is in a wheel chair went over to a parked van in his yard at 1420 Northwest 4 Avenue and retrieved several pieces of crack cocaine. He came back to Detective Heller's window and stated, "I got 150". Detective Heller stated, "How about 140?". Brown said, "Alright 140" and handed Detective Heller fourteen valtox positive crack cocaine rocks for seven of the before mentioned twenty dollar bills. Brown then stated to Detective Heller, "How much more you want?". Detective Heller stated, "60". Brown called out to another black male that was standing in his yard. This male is known to these Detective from earlier narcotics transactions including the earlier one on 05/17/00. This subject is known to McCleod. Brown stated to McCleod, "You got 60?". McCleod stated, "Yea" and walked northbound behind the house at 1428 Northwest 4 Avenue. McCleod soon walked back and sold Detective Heller three valtox positive crack cocaine rocks for the three remaining twenty dollar bills. Brown stated to Detective Heller, "Write down my beeper number, I'll work deals with you, let me know when your coming and I'll have it ready". Detective Heller left the area and placed the crack cocaine into evidence.

McCleod and Browns charge is Delivery of Cocaine.
Lab report: weights combined 1.14 Grams

---

**Buy # 1**

On Friday, 05/19/00, at 1704 hours, Detective Heller was working undercover making himself available to purchase narcotics on N. W. 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio and Detective Hendricks. Detective Heller was using money from Investigative funds which was previously photocopied, two twenty dollar bills, serial numbers B47080855C and G27916421G. The photocopies of this money along with the original video tape of the narcotics transaction were placed into evidence.

Detective Heller was traveling south on Northwest 4 Avenue in the 1400 block when he was

| Report Contains | | | | | | Related Report Number(s) | |
|---|---|---|---|---|---|---|---|
| Narrative Continuation | | | | | | | |

| Officer(s) Reporting | | | | | | | |
|---|---|---|---|---|---|---|---|
| Detectives MacDougall & Hendricks | | | | | | | |

| Officer Reviewing (If Applicable) | LD. Number | Router To | Referred To | I.D. Number(s) | Unit | | Date |
|---|---|---|---|---|---|---|---|
| | | | | 1211 / 1207 | V56 / V43 | | |

| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrested |
|---|---|---|---|---|---|---|
| | | | | | | 12 |

| Exception Type 1. Extradition Declined | 2. Arrest on Primary Offense/Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | OBTS Number |
|---|---|---|---|---|

FORM Z-2468 Rev 6/98

18

| ABR | Original Date Reported | Case Reference |
|---|---|---|
| | | Narcotics Complaint |

flagged down by a black male known to Detective Heller and these Detectives from earlier narcotics transactions as Gary Williams (DOB 01/26/82). Williams rode his bicycle up to the drivers side window and Detective Heller stated, "Hey man, What's up, can I get forty?" (this is a common street term for forty dollars worth of crack cocaine ). Williams stated to Detective Heller, "Who do you know around here?". Detective Heller stated, "I know Tray". Williams then handed Detective Heller three valtox positive crack cocaine rocks for the before mentioned twenty dollar bills. Detective Heller left the area and placed the crack cocaine rocks into evidence.

  Gary Williams charge is Delivery of Cocaine.
  Lab report: weight .27Grams

---

Buy # 1

  On Thursday, 06/15/00 at approximately 1415 hours, Detective Heller was working undercover making himself available to purchase narcotics on N. W. 4 Avenue between Northwest 13 Street and Northwest 16 Street. He was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio, Detective MacDougall and Special Agent Felicioni. Detective Heller was using money from Drug Enforcement Agent Felicioni which was previously photocopied (ten twenty dollar bills, serial numbers K82241243B, H50667853A, D31896268A, D62760458A, J25525459B, AG07565941E, L03015463H, B22381741M, L84860786H, L75400739E, two fifty dollar bills, AF54336413A, G22607723A, two one hundred dollar bills, B14345108A, G63772754A).

  Detective Heller was traveling south on Northwest 4 Avenue in the 1400 block when he was flagged down by a black male known to these Detectives as Clemente Alexis in front of 1420 Northwest 4 Avenue. Clemente walked up to the driver's window and asked Detective Heller how much he needed. Detective Heller said that he needed five hundred dollars worth, about twenty five to thirty rocks. Clemente showed Detective Heller approximately ten crack cocaine rocks that he wanted to sell to Detective Heller for the five hundred dollars. Detective Heller said, "No" and asked for the guy in the wheel chair who he has purchased from in the past known to these Detectives as Troy Brown. Clemente ran up to 1420 Northwest 4 Avenue, returned, and said, "Troy is sleeping, go around the block and come back". Detective Heller drove around the block and parked across the street as directed by Clemente. When he did this, Detective Heller saw a couple of black males coming toward him from behind his vehicle and felt uncomfortable with these individuals actions. Detective Heller told Clemente that he would be back. Detective Heller then left the area.

  At approximately 1520 hours, Detective Heller returned to 1420 Northwest 4 Avenue and stopped. Detective Heller saw Troy Brown south of his vehicle. Troy Brown saw Detective Heller and started pushing his wheelchair towards him. Clemente came to Detective Heller's drivers window and Detective Heller told Clemente that he did not like those boys coming up toward his car when he was parked across the street earlier. Clemente said to him, "Want me to go get my shit?". Detective Heller told

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 ___
  TITLE Detective   PRINT NAME Carl Hannold   CCN 1190
  SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported by me, by person or persons unknown/known to me as _____ and further that I DO _____ DO NOT _____ desire to prosecute.
Sworn and subscribed by me this _____
day of _____ 19 _____.   Victims Signature _____

FORM Z-3486 Rev. 8/88 (Back)

19

r-06293-PCH Document-1 Police DEPARTMENT ed on FLSD Docket-02/15/2001 Pa

| Original Date Reported | | Case Title | | | | | |
|---|---|---|---|---|---|---|---|
| | | Narcotics Complaint | | | | | |
| Reported: Day | Date | | Time (mil) | | | Related Report Numbers | |

**OFFENSE CHANGED TO** ☒ N/A

| OFFENSE # 1 | Type | Title | | A-Attempted C-Committed | Statute Violation Number ___ | ___ | ___ | - | ___ | ___ | ___ | ___ | Municipal Ordinance ___ | ___ | - | ___ | ___ |
| OFFENSE # 2 | Type | Title | | A-Attempted C-Committed | Statute Violation Number ___ | ___ | ___ | - | ___ | ___ | ___ | ___ | Municipal Ordinance ___ | ___ | - | ___ | ___ |

| Incident Location (Street, Apt Number) | | City | | Zip | | Rept. Area | Zone |

him, "Yes" and saw Clemente go into the front door to 1420 Northwest 4 Avenue. Meanwhile, Troy Brown came to Detective Heller's window and Detective Heller told him he needed twenty five to thirty nice ones (crack cocaine rocks) and told him the last time (he bought off Troy Brown) they were a little small. Brown said, "Twenty five to thirty nice ones" and went to the east side of the van. Clemente exited the house and met Troy Brown on the east side of the van which is parked in the driveway to 1420 Northwest 4 Avenue. They both then returned to Detective Heller's driver's window. Troy Brown said to Detective Heller, "You don't need a number?" and Detective Heller replied, "You gave it to me last time". Troy Brown then said, "Ain't got it anymore". Clemente then said, "Where your money at?" and Detective Heller told him, "I got it, let me see what you got". Troy said, "Let him see it" talking to Clemente. Clemente then handed Detective Heller several crack cocaine rocks. Detective Heller looked at the crack cocaine and said, "How much you want for this?". Troy Brown said, "That's his (Clemente's) stuff. Detective Heller said, "You'll take four (hundred) for this?". Troy Brown then reached into the vehicle and put his fingers in Detective Heller's open palm which was holding the crack cocaine and said, "Some of it is stuck together". Troy Brown was separating some of the crack cocaine. Troy Brown then told Detective Heller that he would look out for him. Clemente took crack cocaine rocks out of his mouth and put them in Detective Heller's open palm with the rest of the crack cocaine rocks he had just given him. Clemente then told Detective Heller, "Give me the whole thing". Detective Heller then gave the aforementioned five hundred dollars to Clemente. Clemente gave Detective Heller his pager number, which is 209-7854. Detective Heller then left the area.

Detective Heller weighed and counted the crack cocaine and found the rocks to be valtoxed positive. There were thirty crack cocaine rocks which weighed approximately 3 grams. The crack cocaine was placed in evidence.

When Detective Heller went to 1420 Northwest 4 Avenue the first time at approximately 1415 hours, there was a malfunction in the video equipment so it was not recorded. The transaction, which occurred at approximately 1520 hours, was video recorded and the original video was placed in evidence. The photocopies of the five hundred dollars was also placed in evidence. This investigation is ongoing.

Troy Brown and Clemente Alexis charge for this transaction is Delivery of Cocaine.
Lab report: weight 2.3 Grams

Buy # 1

On Thursday, 06/15/00, Detective Heller was working undercover and purchased five hundred dollars worth of crack cocaine from Clemente Alexis and Troy Brown. After this transaction was completed, Clemente gave Detective Heller his pager number 209-7854. On Thursday, 6/22/00, Detective

| Report Contains | | | | Related Report Number(s) |
|---|---|---|---|---|
| Narrative Continuation | | | | |

| Officer(s) Reporting | | | ID. Number(s) | | Date |
|---|---|---|---|---|---|
| Detectives MacDougall & Hendricks | | | 1211 / 1207 | V56 / V43 | |

| Officer Reviewing (If Applicable) | | I.D. Number | Router To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|---|

| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | | Arrest Number | Number Arrested 13 |
| Reception Type 1. Exception Declined | 2. Arrest on Priority Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | | OBTS Number | |

FORM Z-2488 Rev 8/88

20

| Original Date Reported | | | | | Case Reference |
|---|---|---|---|---|---|
| | | | | | Narcotics Complaint |

Heller paged Clemente Alexis to order another five hundred dollars worth of crack cocaine. Clemente returned Detective Heller's page. Detective Heller reminded Clemente that he was the person who bought the five hundred dollars from them last week. Detective Heller then asked him for another five hundred dollars ( crack cocaine ) and said that he wanted to talk to the guy in the wheel chair (Troy Brown). Clemente said that he had to bring it (the crack cocaine) to him (Troy Brown). They agreed to meet at 1420 Northwest 4 Avenue in one hour. This conversation was recorded and the original audio tape was placed in evidence.

On Thursday, 6/22/00, at approximately 1600 hours, Detective Heller drove to 1420 Northwest 4 Avenue. Detective Heller was wired with a Unitel Listening Device which was monitored by Detective Sergeant Sebregandio, Special Agent Felicioni and myself. Special Agent Felicioni previously photocopied and gave Detective Heller five hundred dollars from D.E.A.'s funds. The denominations and serial numbers are two one hundred dollar bills, A18800871A, E36461118A; two fifty dollar bills, AF41995960A, AG83533784A; eight twenty dollar bills, D80000791A, B62183970D, B43215814B, B67176630J, L05838300D, L74513964D, K69318054B, G94866280E; four ten dollar bills, G60192072C, L80302137C, B73678475A, B13168203B. A video tape of the below described transaction was placed in evidence.

Detective Heller stopped in front of 1420 Northwest 4 Avenue. Gary Williams and Clemente Alexis came to his window. At the same time, Williams said, "What you need, What you need?" and Clemente said, "Go around and come back, I'll go get him". Detective Heller responded to Clemente and said, "I'll go around the block" and did so. When Detective Heller arrived again at 1420 Northwest 4 Avenue, Troy Brown came to Detective Heller's window. Detective Heller said, "What's up buddy, got it for me?". Brown said, "Five hundred?" and Detective Heller responded, "Yeah". Brown then said to Clemente, "Come on Clemente". Clemente then came to Detective Heller's window and gave him thirty four pieces of crack cocaine. Clemente said, "That's enough" as Troy Brown agreed and while Detective Heller was looking at the crack cocaine. Detective Heller then gave Troy Brown the aforementioned five hundred dollars. Detective Heller then left the area.

Detective Heller found the thirty four pieces of crack cocaine rocks to be valtoxed positive. The weight of the crack cocaine, approximately 3 grams. The crack cocaine and the photocopies of the money were placed in evidence. This investigation continues.

Troy Brown and Clemente Alexis charge for this transaction is Delivery of Cocaine.
Lab report: weight 2.76 Grams

---

Buy #1

On 7/12/00, Detective Heller was working undercover making himself available to purchase crack cocaine between Northwest 13 Street and Northwest 16 Street on Northwest 4 Avenue. Detective Heller has been working undercover during this operation and has made several purchases of crack cocaine in the past. Detective Heller was wired with a Unitel Listening Device which was monitored by Detective

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 _____
TITLE _Detective_ PRINT NAME _Carl Hannold_ CCN _1190_
SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported by me, by person or persons unknown/known to me as _____ and further that I DO _____ DO NOT _____ desire to prosecute.
Sworn and subscribed by me this _____
day of _____ 19 _____ . Victims Signature _____

FORM Z-3488 Rev. 6/86 (Back)

21

| Original Data Reported | | | Case Title |
|---|---|---|---|
| | | | Narcotics Complaint |

| Reported: Day | | Date | | Time (mil) | | | Related Report Numbers | |
|---|---|---|---|---|---|---|---|---|

| Incident Type: 1. Felony 2. Traffic Felony | 1. Misdemeanor 4. Traffic 5. Misdemeanor | 5. Ordinance 8. Other | **OFFENSE CHANGED TO** | | | | | **☒ N/A** |
|---|---|---|---|---|---|---|---|---|

| OFFENSE #1 | Type | Title | | A-Attempted C-Committed | Statute Violation Number | - | | | | Municipal Ordinance | - | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFENSE #2 | Type | Title | | A-Attempted C-Committed | Statute Violation Number | - | | | | Municipal Ordinance | - | | |

| Incident Location (Street, Apt Number) | City | Zip | Rept. Area | Zone |
|---|---|---|---|---|

Sergeant Sebregandio and myself. I photocopied two hundred dollars from official Investigative Funds and gave this money to Detective Heller. The denominations were ten twenty dollar bills and the serial numbers were AB79455352A, B61297400F, AB56719285A, AF84473633C, AB42874327F, L32417095F, B13831164E, F27554684B, AG10884658F, A84757331C. The below described transaction was video taped and the original video, along with the photocopies of the money were placed in evidence.

On 7/12/00, at approximately 1624 hours, Detective Heller drove to 1420 Northwest 4 Avenue where a majority of the previous transactions had taken place. He stopped in front of this address and a black male, Troy Brown, came to his driver's window. Detective Heller said, "Hey boss, what's up, you got two hundred?". Brown replied, "Go down and turn around". Detective Heller then drove around the block and returned to 1420 Northwest 4 Avenue. Detective Heller said to Brown, "What's up man?". Brown then handed Detective Heller seventeen pieces of crack cocaine and said, "Hey you want the new number". (Brown did this because Detective Heller has Clemente Alexis pager number and has used it in the past to order and then buy crack cocaine). Detective Heller handed Brown the two hundred dollars and said, "Could I get a couple more?". Brown said, "You want another two hundred bucks, Where you been at man?". Brown also said, "You call me, I'll hook you up, you know me". Brown gave Detective Heller a phone number, 673-0047, and said, "That's his cell phone" as Clemente Alexis was standing behind Brown. Detective Heller then left the area.

Detective Heller weighed the crack cocaine that he had just purchased and found them to be valtoxed positive. The weight was approximately 1 gram. The crack cocaine was placed in evidence. This investigation is ongoing.

Brown and Alexis charge is Delivery of Cocaine
Lab report: weight 1 Gram

Buy #1

On 7/12/00, Detective Heller was working undercover and purchased crack cocaine from Clemente Alexis and Troy Brown. After the transaction, Brown gave Detective Heller Clemente Alexis's cell phone number, 673-0047. On 7/26/00, at 1550 hours, Detective Heller called the cell phone and Alexis answered. Detective Heller reminded Alexis that he was the guy in the black Honda and asked, "Can you get five hundred for me today?" (of crack cocaine). Alexis said, "Five hundred, when?". Detective Heller said, "In about a half hour". Alexis said , "Yeah, don't meet me on fourth, meet me on third". Detective Heller replied, "I'd rather do it over there with the guy in the wheel chair "(Troy Brown). Alexis said, "He gonna be there to". Alexis told Detective Heller to go on Northwest 3 Avenue behind the house where Detective Heller had purchased crack cocaine from them in the past, 1420 Northwest 4 Avenue. Detective

| Report Contains | | | | | Related Report Number(s) |
|---|---|---|---|---|---|
| | Narrative Continuation | | | | |
| Officer(s) Reporting | | | | | Date |
| | Detectives MacDougall & Hendricks | I.D. Number(s) 1211 / 1207 | Unit V56 / V43 | | |
| Officer Reviewing (If Applicable) | I.D. Number | Router To | Referred To | Assigned To | By | Date |
| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrested 13 |
| Disposition Type 1. Extradition Declined | 2. Arrest on Primary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | OBTS Number | |

FORM Z-2488    Rev 5/88

22

| Original Date Reported | Case Reference |
|---|---|
| | Narcotics Complaint |

Heller told Alexis that he would like a little more and a little bigger (crack cocaine rocks) this time. Alexis said, "Yeah, just come on". The conversation then ended.

On 7/26/00, Special Agent Felicioni gave Detective Heller five hundred dollars from D.E.A.s funds to purchase crack cocaine. Special Agent Felicioni had previously photocopied this money. The denominations and serial numbers are as follows: two one hundred dollar bills AI19581647A, AB8339984N; four fifty dollar bills AB93788596C, AL91229367B, AE55930618A, AE18152372A; five twenty dollar bills AE81707264A, AL44018863E, AA69808397D, AF08310254B, AC36785771C. Detective Heller was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio, Special Agent Felicioni and myself. The below described transaction was also videotaped.

Detective Heller drove to the 1400 block of Northwest 3 Avenue, did not see anyone and then went to 1420 Northwest 4 Avenue. He stopped in front of this residence in the street and three black males approached. One of the black males, Nicholas Keen, said to Detective Heller, "What you need?". Detective Heller said that he was looking for Troy Brown and left the area. At approximately 1637 hours, Detective Heller drove north on Northwest 3 Avenue and saw Alexis on a bicycle and Brown in his wheel chair in the middle of the Avenue. Detective Heller stopped next to both of them in the 1400 block of Northwest 3 Avenue. Detective Heller stated to Alexis as Brown was on his cell phone, "What's up buddy, Got me all set?". Alexis then gave Detective Heller approximately thirty crack cocaine rocks. As Detective Heller was looking at the crack cocaine, Brown gave Detective Heller a piece of paper that says, "OIL CAN 591-1808" and said that's my cell phone number. Detective Heller then attempted to give Alexis the five hundred dollars but Alexis indicated to give the money to Brown. Brown then took the money from Detective Heller for the crack cocaine. Detective Heller then left the area.

The crack cocaine was valtox positive and weighed approximately three grams. The crack cocaine, the video tape, the audio tape, the piece of paper with Brown's cell phone number and the photocopies of the money were placed in evidence. This investigation is ongoing.
Brown and Alexis charge is Delivery of Cocaine
Lab report: weight 2.14Grams

Buy #1

On 7/26/00, Detective Heller was working undercover and purchased crack cocaine from Clemente Alexis and Troy Brown. During the transaction, Brown gave Detective Heller a piece of paper which says, "OIL CAN 591-1808". Brown told Detective Heller that was his cell phone number. On 7/28/00, at approximately 1310 hours, Detective Heller called the cell phone and Brown answered. Detective Heller reminded Brown that he was the guy that bought five hundred dollars from him in the black Honda. Brown said, "What's up, What you need?". Detective Heller said, "Another five hundred". Brown told Detective Heller to meet him on Northwest fifth Avenue and used his house 1420 Northwest 4 Avenue as a reference point. Detective Heller asked to do a little better (with the crack cocaine). Brown

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 ____
TITLE Detective   PRINT NAME Carl Hannold   CCN 1190
SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported
by me, by person or persons unknown/known to me as _____ and further
that I DO _____ DO NOT _____ desire to prosecute.
Sworn and subscribed by me this _____
day of _____ 19 ____.   Victims Signature _____                    23

FORM Z-2400 Rev. 6/98 (Back)

r:06293-PCH Document 1-12 Entered on FLSD Docket 02/05/2001 Page

| Original Date Reported | | | | Case Title | Narcotics Complaint | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported: Day | | Date | | Time (mil) | | | | Related Report Numbers | | | |

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic | 5. Ordinance 9. Other | **OFFENSE CHANGED TO** | | ☒ N/A |
|---|---|---|---|---|---|

| OFFENSE # 1 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | | | - | | | | Municipal Ordinance | | | - | | | |

| OFFENSE # 2 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | | | - | | | | Municipal Ordinance | | | - | | | |

| Incident Location (Street, Apt Number) | | City | Zip | Rept. Area | Zone |
|---|---|---|---|---|---|

said, "Trust me" and they agreed to meet in a half hour. The phone conversation then ended. This conversation was recorded and the audio tape was placed in evidence.

On 7/28/00, Special Agent Felicioni gave Detective Heller five hundred dollars from D.E.A.s funds to purchase crack cocaine. Special Agent Felicioni had previously photocopied this money. The denominations and serial numbers are as follows: three one hundred dollar bills AE47015472B, AB94018581C, AE51800279B; two fifty dollar bills AB77245205B, AB26334900; five twenty dollar bills, AB02801141, AB39511268D, AF94480922H, AB10877835E, AF08201416E. Detective Heller was wired with a Unitel Listening device which was monitored by Detective Sergeant Sebregandio, Special Agent Felicioni and myself. The below described transaction was also videotaped and the video tape was placed in evidence.

Detective Heller drove to 1444 Northwest 5 Avenue and observed Brown in the front yard and an unknown black male later identified as James Alce, 3/24/82. Detective Heller saw Brown hand Alce a container. Alce then came to Detective Heller's driver's window. Detective Heller said, "Where's my friend, is he coming up?". Alce responded and then wanted to see the money. Detective Heller said, "I got the money, let me see it (the crack cocaine), that's why I want to deal with him (Troy Brown), he knows me". Alce then poured several crack cocaine rocks into Detective Heller's hand out of the same container Brown handed Alce. Detective Heller then gave Alce the five hundred dollars. Alce then returned to Brown while Detective Heller was leaving the area.

Brown and Alce sold Detective Heller approximately thirty one valtox positive crack cocaine rocks. The weight was approximately two grams. The crack cocaine was placed in evidence along with the photocopies of the five hundred dollars.

Detective Shields saw the video tape of this transaction. I told him if he should see Alce, who's name we did not know at the time, to try to identify him. On 7/31/00, at approximately 1300 hours, Detective Shields saw Alce in the 1400 block of Northwest 4 Avenue. Detective Shields immediately recognized Alce from the video and through consent, was able to get four polaroids of him. On 8/1/00, Detective Shields gave me these polaroids. When I saw them, I immediately identified him as the person who had sold crack cocaine to Detective Heller as described above. I then showed the polaroids to Detective Heller and he immediately positively identified him as the person who sold him crack cocaine as described above. The polaroids were also placed in evidence. This investigation is ongoing.

Brown and Alce's charge is Delivery of Cocaine
Lab report: weight 2.25 Grams

| Report Contains | | | | | Related Report Number(s) |
|---|---|---|---|---|---|
| Narrative Continuation | | | | | |

| Officer(s) Reporting | | | | | | | |
|---|---|---|---|---|---|---|---|
| Detectives MacDougall & Hendricks | | | | 1211 | I.D. Number(s) 1207 | Unit V56 V43 | Date |

| Officer Reviewing (If Applicable) | I.D. Number | Router To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|

| Case Status | Clearance Type 1. Unfounded 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrested 13 |
|---|---|---|---|---|---|---|

| Disposition Type 1. Extradition Destined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declared 6. Juvenile/In Custody | OBTS Number |
|---|---|---|---|---|

FORM Z-2488  Rev 8/98

24

| Original Date Reported | | | Case Title | | | | | Related Report Numbers | | |
| | | | Narcotics Complaint | | | | | | | |

| Reported: Day | Date | | Time (mil) | | | | | |

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic Misdemeanor | 5. Ordinance 9. Other | OFFENSE CHANGED TO | | | | ☒ N/A |

| OFFENSE # 1 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | Municipal Ordinance |
| OFFENSE # 2 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | Municipal Ordinance |

| Incident Location (Street, Apt Number) | City | Zip | Rept. Area | Zone |

The following are the individuals and the weights of crack cocaine sold during this operation.

From 1613 Northwest 5 Avenue: Total 96.19 Grams

     ERIC TAYLOR (8/8/76): 48.94 GRAMS
     MACINTAUCH ELICIAN (12/16/76): approx. 68.16 GRAMS
     PATRICK CELANGE (5/17/83): 10.25 GRAMS
     UNIDENTIFIED FEMALE: approx. 37 GRAMS

From the area of the 1400 block of Northwest 4 Avenue: Total 29.34 Grams

     TROY BROWN (5/15/75): 12.26 GRAMS
     CLEMENTE ALEXIS (11/21/77): 9.07 GRAMS
     MARION MCCLEOD (6/28/81): 2.24 GRAMS
     JAMES ALCE (3/24/82): 2.25 GRAMS
     GARY WILLIAMS (1/26/82): .94 GRAMS
     FRADET DESAMOUS (6/4/83): .68 GRAMS
     DAMION WALTERS (11/29/77): .61 GRAMS
     TRAVIS BRAYBOY (3/4/80): .52 GRAMS
     WINSHEL PAUL (5/12/83): .44 GRAMS
     CURTIS JONES (3/2/82): .33 GRAMS

| Report Contains | | | | | | Related Report Number(s) |
| Narrative Continuation | | | | | | |
| Officer(s) Reporting | | | | | I.D. Number(s) | Unit | Date |
| Detectives MacDougall & Hendricks | | | | | 1211 7 1207 | V56 7 V43 | |
| Officer Restoring (If Applicable) | I.D. Number | Router To | Restored To | Assigned To | By | Date |
| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrested 13 |
| Disposition Type I. Exhaustion Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | OBTS Number | |

FORM Z-2488 Rev 6/86

25

# SUPPLEMENT PAGE  *30*

| Original Date Reported | | Case Title | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Narcotics Complaint | | | | | | | | | |
| Reported: Day | Date | | Time (mil) | | | | | Related Report Numbers | | | |

| Incident Type: 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic Misdemeanor | 5. Ordinance 9. Other | | O F F E N S E   C H A N G E D   T O | | | | | | | ☒ N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|

| OFFENSE #1 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | | - | | Municipal Ordinance | | - | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| OFFENSE #2 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | | - | | Municipal Ordinance | | - | |

| Incident Location (Street, Apt Number) | | | | City | | | Zip | | Rept. Area | Zone |

On 10/05/00, I received Federal Arrest Warrants for Eric Taylor, MacIntauch Elician, Travis Brayboy, Troy Brown, Clemente Alexis, Marion McCleod, Gary Williams, Curtis Bernard Jones, Damion Walters and James Alce. Detective Hendricks and I met with A.S.A Martin Murphy reference the juveniles in this case and typed their Transcripts. They are Fradet Desamous, Winshel Paul and Patrick Celange.

On 10/05/00, the Honorable Judge Holmes signed a Lawful Search Warrant for 1613 Northwest 5 Avenue. On 10/12/00, members from the Special Investigations Division, the Community Policing Unit, the Tactical Unit and Narcotics K-9 briefed for this days events. They were given a packet with the individuals photos, names and date of births for identification purposes if they should come into contact with these people. Members of the Special Investigations Division prepared to execute the Search Warrant at 1613 Northwest 5 Avenue while members of the other Divisions set a perimeter up in the area to pick up the Wanted individuals.

The Line Up was as follows for the execution of the Search Warrant at 1613 Northwest 5 Avenue.

Entry Team:

Detectives Shields, Renner, Rohloff, Brull, Brogna, Sierra, Alvarez, Jackson and Heller.

Breach Team:

Halogen: Detective Hendricks, Ram: Detective MacDougall

Team Leader:

Detective Sergeant Sebregandio

Perimeter:

Detective Sergeants Peney and Blazs, Detectives Liguori, Hancock, Smith, Fontalvo, Medley

On 10/12/00 at approximately 1500 hours, the Warrant was executed as the above Units set up the perimeter around NW 3, 4 and 5 Avenue. When we arrived at the front door, I knocked and announced

| Report Contains | | | | | | | Related Report Number(s) | |
|---|---|---|---|---|---|---|---|---|
| Narrative Continuation | | | | | | | | |
| Officer(s) Reporting | | | | | | I.D. Number(s) | Unit | Date |
| Detectives MacDougall & Hendricks | | | | | 1211 / 1207 | V56 / V43 | |
| Officer Reviewing (If Applicable) | I.D. Number | Router To | Referred To | Assigned To | By | Date |

| Case Status | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | | | | Arrest Number | | Number Arrested 13 |
|---|---|---|---|---|---|---|---|---|---|---|

| Disposition Type 1. Exception 2. Declined | 3. Arrest on Primary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | OBTS Number | |

FORM Z-3485   Rev 8/88

26

| | | Case Reference |
|---|---|---|
| Original Date Reported | | Narcotics Complaint |

several times, "Police Search Warrant, Open the front door". We waited a reasonable period of time and did not get a response to the front door. The Breach Team then opened the front door and the Entry Team entered. Detectives Brogna and Sierra detained Eric Taylor and Feline Joseph inside the southeast bedroom. Detective Shields detained Kendall Norville and Mike Telemaque in the Living room. Detective Hancock detained Tragent Dieudorve and Savoir Beanpord outside the residence in a vehicle. All of these were taken outside while the Search Team entered.

<u>The following are items placed in evidence, recovered from inside 1613 Northwest 5 Avenue.</u>

I recovered one hundred dollars from Eric Taylor's pants pocket.

Narcotics K-9 Officer Ostrikis and his partner located two bags of Cannabis from a Breaker box located on the back of the house. Inside one of these bags was a Five dollar bill and twenty clear bags of Cannabis. Inside the other bag was a Five dollar bill and fifty bags (with hearts on the bags) of Cannabis. The Cannabis was field test positive and weighed approximately one hundred and nine grams. It was given to Detective Smith who packaged this evidence.

In the Southeast bedroom (Eric Taylor's room), Detective Brogna recovered thirty seven dollars and two bags of crack cocaine which were in a tall Chest. The weight of this crack cocaine was approximately eleven grams.

In the Southeast bedroom, Detective Rohloff recovered thirty one grams of crack cocaine which was in a yellow fish food container from the top of the dresser. He also recovered a Stun Gun from on top of this Dresser. Detective Rohloff also recovered twenty two grams of crack which was inside a VHS recorder in the closet.

In the Southeast bedroom, Detective Brull recovered two hundred and sixty five dollars from a black suit coat. He also recovered one thousand eight hundred and fifty dollars from a blue polo shirt, one thousand dollars from a multi colored shirt and nine hundred dollars from a yellow shirt.

Detective Jackson recovered two pieces of paper, one an envelope addressed to Eric Taylor and the other, a bill addressed to MacIntauch Elician. They were given to Detective Hendricks who packaged these items.

Detective Heller took several photos of the areas in which these items were recovered and gave them to Detective Hendricks for packaging.

<u>Totals: $4,162.00, 109 grams of Cannabis and 65 grams of crack cocaine</u>

---

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 19 _____
TITLE _Detective_     PRINT NAME _Carl Hannold_     CCN _1190_

SIGNATURE _____

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported by me, by person or persons unknown/known to me as _____ and further

that I DO _____ DO NOT _____ desire to prosecute.

Sworn and subscribed by me this _____

day of _____ 19 _____. Victims Signature _____     27

FORM Z-3468 Rev. 9/98 (Back)

| Original Date Reported | | | Case Title | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Narcotics Complaint | | | | | | | | | | |
| Reported Day | | Date | | Time (mil) | | | | | Related Report Numbers | | | | |
| Incident Type: 1. Misdemeanor 5. Ordinance / 7. Felony 4. Traffic 8. Other / 8. Traffic Felony Misdemeanor | | | | OFFENSE CHANGED TO | | | | | | | | | ☒ N/A |

| OFFENSE #1 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | | | Municipal Ordinance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | - | | | - | |

| OFFENSE #2 | Type | Title | | A-Attempted C-Committed | | Statute Violation Number | | | Municipal Ordinance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | - | | | - | |

| Incident Location (Street, Apt Number) | | City | Zip | Rept. Area | Zone |
|---|---|---|---|---|---|

Eric Taylor was transported to the Ft. Laud. Jail where Detective Hendricks, Special Agent Felicioni and I met him. I told him what he was being charged with and took a taped statement from him. Taylor was read his miranda rights from a department issued card which he said he understood and waived. Taylor was read the Search Warrant and the Return of Inventory and read the same. He was given a copy of both. Taylor went on to give a taped statement of his involvement of selling narcotics from 1613 Northwest 5 Avenue. He admitted to selling to the Confidential Informant as previously described in this report and said MacIntauch Elician and Patrick Celange also sell crack from this address. The tape was placed in evidence.

On this date, at approximately 2100 hours Detective Hendricks and I went back to 1613 Northwest 5 Avenue and knocked on the door. I heard several people inside but no one answered the front door. I then saw MacIntauch Elician inside the house, entered and placed him in custody. He was transported to the Ft. Laud. Jail where Detective Hendricks, Special Agent Felicioni and I met him. I told him what he was being charged with and he too voluntarily gave a taped statement. Elician was read his miranda warnings from a Department issued card and said that he did remember selling crack cocaine to the Confidential Informant as described in this report. The tape was placed in evidence.

All the crack cocaine was valtox positive. All the above described evidence was given to me and I placed it into the Ft. laud. Evidence Division. The original Search Warrant, Affidavit and Application and the Return of Inventory were returned to the Court on 10/17/00.

As we were executing the Search Warrant, Community Policing Sergeant Bollinger and members of his Unit placed Patrick Celange, James Alce and Winshel Paul in custody. He recovered one hundred thirty dollars from Patrick Celange which was placed in evidence. See his Supplement report for further information. Officers Nahum, Hancock and Hoffman from the Tactical Unit placed Gary Williams and Curtis Jones in custody in front of 1533 Northwest 4 Avenue. Sergeant Finn and Officer Mills from the Tactical Unit placed Damion Walters in custody in front of 1501 Northwest 4 Avenue. Detective Hendricks and I positively identified all of these people. At approximately 2050 hours, Detective Hendricks, Detective Shields and I placed Marion McCleod in custody in the 1400 block of Northwest 4 Avenue. All of these arrested individuals were transported to the Ft. laud. Jail. They were read their miranda rights but did not give statements. On 10/14/00, K-9 Officer Reed and Officer Gushwa placed Clemente Alexis in custody. Travis Brayboy and Troy Brown are currently in Broward County Jail. On 10/13/00, Special Agent Felicioni, Detective Hendricks and I gave a Sergeant from BSO Jail the Federal Arrest Warrants on Brown and Brayboy. Brayboy is in jail under the Alias Travis Lee. We did not speak to Brayboy, Alexis or Brown. Fradet Desamous is the only person at large at this time.

| Report Contains | | | | | Related Report Number(s) |
|---|---|---|---|---|---|
| Narrative Continuation | | | | | |
| Officer(s) Reporting | | | | | Date |
| Detectives MacDougall & Hendricks | | | 1211 7 1207 | V56 7 V43 | |
| Officer Reviewing (If Applicable) | I.D. Number | Router To | Referred To | Assigned To | By | Date |

| Case Status | Charges Type 1. Arrest 2. Exceptional | 3. Unfounded | A-Adult J-Juvenile | Date Cleared | | Arrest Number | Number Arrested 13 |
|---|---|---|---|---|---|---|---|
| Exception Type 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile/No Custody | | | OBTS Number | |

FORM Z-2488    Rev 8/86

28

```
BROWARD COUNTY SHERIFF'S OFFICE          Lab Number: 00-00017444
P.O. Box 9507                            Agency Case: 00-38149
Fort Lauderdale, FL 33310                       Date: 8/25/00
```

CRIME LABORATORY ANALYSIS REPORT

```
To: Detective MacDougall
    Fort Lauderdale Police Department
    1300 W. Broward Boulevard
    Fort Lauderdale, FL 33312
```



```
                         SUSPECT: CLEMENTE ALEXIS
                                  TRAVIS BRAYBOY
                                  TROY BROWN
                                  FRADET DESAMOUS
                                  JAMES ALCE
                                  CURTIS JONES
                                  ELICIAN MACINTAUCH
                                  MARION MCCLEOD
                                  ERIC TAYLOR
                                  DAMION WALTERS
                                  GARY WILLIAMS
                                  BENSON PAUL
                                  PATRICK CELANGE
```

The following evidence was submitted to this laboratory:

```
 1.  Suspect cocaine rocks.
 2.  Suspect cocaine rocks.
 3.  Suspect cocaine rocks.
 4.  Suspect cocaine rocks.
 5.  Suspect cocaine rocks.
 6.  Suspect cocaine rocks.
 7.  Suspect cocaine rocks.
 8.  Suspect cocaine rocks.
 9.  Suspect cocaine rocks.
10.  Suspect cocaine rocks.
11.  Suspect cocaine rocks.
12.  Suspect cocaine rocks.
13.  Suspect cocaine rocks.
14.  Suspect cocaine rocks.
15.  Suspect cocaine rocks.
16.  Suspect cocaine rocks.
17.  Suspect cocaine rocks.
18.  Suspect cocaine rocks.
19.  Suspect cocaine rocks.
20.  Suspect cocaine rocks.
21.  Suspect cocaine rocks.
```

(CONTINUED)

BROWARD COUNTY SHERIFF'S OFFICE                     Lab Number: 00-00017444
P.O. Box 9507                                       Agency Case: 00-38149
Fort Lauderdale, FL 33310                                  Date: 8/25/00

### CRIME LABORATORY ANALYSIS REPORT

22. Suspect cocaine rocks.
23. Suspect cocaine rocks.
24. Suspect cocaine rocks.
25. Suspect cocaine rocks.
26a.Plastic bag containing suspect cocaine rocks.
26b.Twenty-three plastic bags containing suspect cocaine rocks
27. Suspect cocaine rocks.
28. Suspect cocaine rocks.
29a.Plastic bag containing suspect cocaine rocks.
29b.Three plastic bags containing suspect cocaine rocks.
30. Suspect cocaine rocks.

Examinations conducted on the mentioned evidence revealed the presence of
cocaine base in item #1 (0.2 gram net weight), #2 (0.1 gram net weight),
#3 (0.1 gram net weight), #4 (0.2 gram net weight), #5 (0.3 gram net
weight), #6 (0.1 gram net weight), #7 (0.2 gram net weight), #8 (0.2 gram
net weight), #9 (0.3 gram net weight), #10 (0.3 gram net weight), #11 (0.2
gram net weight), #12 (0.2 gram net weight), #13 (0.3 gram net weight),
#14, (0.2 gram net weight), #10 (0.3 gram net weight), #11 (0.2 gram net
weight), #12 (0.2 gram net weight), #13 (0.3 gram net weight), #14 (0.2
gram net weight), #15 (0.3 gram net weight), #16 (0.2 gram net weight),
#17 (0.2 gram net weight), #18 (3.2 grams net weight), #19 (0.2 gram net
weight), #20 (0.7 gram net weight), #21 (0.3 gram net weight), #22 (0.2
gram net weight), #23 (10.2 grams net weight), #24 (2.3 grams net weight),
#25 (2.7 grams net weight), #26a (13.2 grams net weight),
#26b (4.4 grams total net weight), #27 (1.0 gram net weight), #28 (2.1
grams net weight), #29a (21.7 grams net weight), #29b (6.2 grams total net
weight), and #30 (2.2 grams net weight).

The foregoing instrument was                       Respectfully submitted,
acknowledged before me this
_28_ day of _Aug_, 2000
by   Randy G Hilliard
who is personally known to me                      Randy G Hilliard
_____                            Forensic Chemist
Verna N Gibbs CC910074
STATE OF FLORIDA, COUNTY OF BROWARD