UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,    :

      Plaintiff,    :

v.    :

TRAVIS BRAYBOY,    :

      Defendant.    :

FEB - 8 2001

## STATUS REPORT

A status conference was held in this cause on February 2, 2001. At that conference, the parties informed the Court as follows:

1. Discovery has been sent, but not yet received by defense counsel.

2. Counsel for the defendant shall have until February 20, 2001, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _____ day of February, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
Leonardo Spitali, Jr., Esq.

