UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

-vs.-

TRAVIS BRAYBOY,

    Defendant.
_____/

CASE NO.00-6293-CR-FERGUSON/SNOW

**Motion for Furlough or report to Prison**

Comes now the defendant, Travis Brayboy, and by and thought her undersigned attorney and moves this court for a continuance and as grounds therefore would state the following:

1. The court has scheduled the sentencing hearing in this case for August 10, 2001.

2. That Mr Brayboy served a year sentence in Broward County prior to being brought to the federal jail.

3. Mr Brayboy requests at least a weekend out of custody prior to starting his sentence or to be allowed to report to prison. According to my calculations his guideline sentence would start at level 16 due to his .52 grams of crack.

4. The AUSA Bruce Brown has not been spoken to regarding this motion.

5. This motion is made in good faith and not for the purposes of delay.

Wherefore the defendant prays this court grant his motion regarding furlough or reporting to prison.

Respectfully submitted,

Leo Spitale, Jr., Esq.
3191 Coral Way Suite 619
Miami, Florida  33145
(305) 567-2472

BY: _____
LEO SPITALE, JR., P.A.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered by

U.S. Mail this ___21___ day of **June, 2001** to Bruce Brown, AUSA, 99 N.E. 4th Street, Miami,

Florida 33132

_____
LEO SPITALE, JR.