UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

-vs.-

TRAVIS BRAYBOY,

Defendant.
_____/

CASE NO. 00-6293 CR FERGUSON

**OBJECTIONS and MOTION for DOWNWARD DEPARTURE**

Comes now the defendant, TRAVIS BRAYBOY, and by and thought his undersigned attorney and files the following amended objections to PSI and would state the following:

Federal Sentencing Guideline

> 4 A 1.2 (a) (2).. Prior Sentences imposed in related cases are to be treated as one sentence for purposes of 4 a.1.1 (a) (b) and (c).
>
> Application note 3 Related Cases prior sentences are considered related if they result from offenses that were consolidated for ... sentencing.

1. Paragraphs 57, 62 and 63 were sentenced together in that Boot Camp sanction was the sentence as to all the changes. (-2)

2. Paragraphs 67 and 70 are the same sentences CTS .

(-1)

3. Paragraph 73, 74, 76 and 77 run concurrent to each other, date of sentence 5/7/00 , 5/24/00 , and 5/31/00 respectively. (-5)

4. Paragraph 60 should not be counted as stated in section 4 A1.2 (c) (1) no valid D.L. shouldn't be counted if imprisonment is not 30 days . Here credit time serve is listed as

160

punishment. (-2)

## ADJUSTMENT FOR ROLE

Mr. Brayboy requests that the count grant a downward adjustment of two points since the amount of crack involved in his case is .52, one of the smallest amounts of any of the other co-defendants

## CREDIT TIME SERVED

The defendant asserts that his credit time serve should run from the date of indictment 10/14/2000 not from the date when he was transported, to federal custody on 1/09/01.

## DOWNWARD DEPARTURE

His criminal history is being over represented due to the guideline calculations of additional points for related cases and sentences and we hereby adopt defendant's Morion McCleod's memorandum of law in support of such a request.

Respectfully submitted,

Leo Spitale, Jr., Esq.
2100 Coral Way Suite 404
Miami, Florida 33145
(305) 567-2472

BY: _____
LEO SPITALE, JR., P.A.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered by U.S. Mail this ___6___ day of **AUGUST, 2001** to Bruce Brown, AUSA, 99 N.E. 4th Street, Miami, Florida 33132, United States Probation Office 300 NE First Avenue, Suite 315, Miami, Florida 33132.

_____
LEO SPITALE, JR.