SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 10 2001

CASE # __00-6293-CR-FERGUSON__

DEFENDANT __TRAVIS BRAYBOY (J)__　　JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __Deloris McIntosh__　　DATE __8/10/01__

Court Reporter __Steven Franklin__　　USPO __Carolyn Doruille/Donald Jefferson__

AUSA __Bruce Brown__　　Deft's Counsel __Leo Spitale, Esq.__

COUNTS DISMISSED __All Others__

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.　　__10 DAys to Appeal__

___ Sentencing cont'd until __/ /__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts | |
|---|---|---|---|---|
| | | 36 | 1 | defendant to receive Credit for Time Served |

**Supervised Release**

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | 1 |

Comments __Maintain Employment; Search of property; Treatment program for Mental/drug Abuse; defendant requested a two day Furlough; Gov't to Respond within two days Recommend facility in SD/FL__

Assessment $ __100__　　Fine $ __N/A__

Restitution /Other _____

__✓__ Remanded to the Custody of the U. S. Marshal Service　　___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/ /__

Commitment Recommendation: _____