# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

AUG 1 2001

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6293-CR-FERGUSON |
| TRAVIS BRAYBOY | |
| | Counsel For Defendant: Leo Spitale, Esq. |
| | Counsel For The United States: Bruce Brown |
| | Court Reporter: Steven Franklin |

The defendant pleaded guilty to Count One (1) of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 USC §846 | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CRACK COCAINE BASE | July 1, 2000 | One (1) |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All other Count(s) are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 3/4/1980
Deft's U.S. Marshal No.: 55604-004

Date of Imposition of Sentence:
August 10, 2001

Defendant's Mailing Address:
Federal Detention Center
Miami, FL 33132

Defendant's Residence Address:
Federal Detention Center
Miami, FL 33132

WILKIE D. FERGUSON, JR.
United States District Judge

August 13th, 2001

173

DEFENDANT: TRAVIS BRAYBOY
CASE NUMBER: 00-6293-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **36 Months, defendant to receive credit for time served.**

The Court recommends to the Bureau of Prisons:

Recommend facility in the Southern District of Florida

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
               Deputy U.S. Marshal