## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

TRAVIS BRAYBOY,

    Defendant.

_____/



### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR FURLOUGH OR REPORT TO PRISON

The United States of America, through the undersigned Assistant United States Attorney, files its response to the defendant's Motion for Furlough or Report to Prison. The United States of America requests this Court to deny defendant's motion. In support of said request the United States of America states the following:

1. Travis Brayboy, as was revealed at his sentencing hearing held on August 10, 2001, has an extensive criminal history. This defendant scored a total of nineteen (19) criminal history points which placed him in criminal history category six. His criminal career started at the age of twelve and includes numerous drug offenses as well as violent offenses and crimes against property. Mr. Brayboy's criminal history was enhanced because he was serving a term of probation when he committed the instant offense and because he committed the instant offense less than two years after

his most recent release from incarceration. Mr. Brayboy was the only defendant whose criminal history the court did not find over-represented the seriousness of his past.

2.      The fact that Mr. Brayboy has been continuously incarcerated since April, 2000 is not grounds to allow a furlough. The defendant was serving a 364 day sentence for, among other things, Possession of Cocaine. The government submits that criminal conduct should not be allowed to provide the grounds for a weekend pass.

3.      The defendant has not asserted any legitimate reason for a release. The defendant has not set forth any authority for such a request. As a result, the government respectfully requests this Court to deny the defendant's Motion for Furlough or Report to Prison.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

Bruce O. Brown
Assistant United States Attorney
Florida Bar No. 999490
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
TEL: (954) 356-7255
FAX: (954) 356-7336
E-MAIL: bruce.brown2@justice.usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile (Fax number 305 567 1337) this 30th day of May, 2001 to: Leo Spitale, Jr., Esquire, 3191 Coral Way, Suite 619, Miami, Florida 33145.

Bruce O. Brown
Assistant United States Attorney