UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
 Plaintiff,

Vs.

TRAVIS BRAYBOY,
 Defendant.
_____/

Case No. 00-6293-CR-FERGUSON

FILED by ___ D.C.

AUG 17 2001

### ORDER DENYING MOTION FOR FURLOUGH

THIS CAUSE is before the Court on Travis Brayboy's Motion for Furlough or report to prison filed on June 25, 2001. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is **_DENIED_**.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this  17th  day of August 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

cc:
Bruce Brown, AUSA
Leo Spitale, Jr., Esq.,