PROB 12C
(~D/FL 9/96)
**BRAYBOY, Travis**
**Docket No. 00-6293-CR-Ferguson**

SD/FL PACTS No. 66825

*yM*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. <u>00-6293-CR-Ferguson</u>

## <u>PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION</u>

Name of Offender: Travis Brayboy

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: August 13, 2001

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy to Possess With Intent to Distribute Crack Cocaine Base, in violation of Title 21, U.S.C. §846, a Class "C" felony. |
| Original Sentence: | Thirty-six (36) months custody of the U.S. Bureau of Prisons, followed by three (3) years supervised release. Special Conditions of Supervision: (1) Participate in an approved treatment program for drug and/or alcohol abuse as directed; (2) participate in an in-patient/out-patient mental health treatment program as directed; (3) maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer; and (4) submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. |

Type of Supervision: Supervised Release          Date Supervision Commenced: August 29, 2003

Assistant U.S. Attorney:          Defense Attorney:
Bruce Brown          Leonardo Spitale, Jr.

# PETITIONING THE COURT

[X]    To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION, by failing to refrain from violation of the law.** On or about October 3, 2003, the defendant was arrested by the Ft. Lauderdale Police Department and charged with Count 1:  Ran Stop Sign, contrary to Florida Statute 316.074(1), Count 2: Resist Without Violence, contrary to Florida |

PROB 12C                                                      SD/FL PACTS No. 66825
(SD/FL 9/96)
**BRAYBOY, Travis**
**Docket No.  00-6293-CR-Ferguson**

Statute 843.02, Count 3: Possession of Cannabis over 20 grams,
contrary to Florida Statue 893.13, and Count 4: Driving While License
Suspended, contrary to Florida Statute 322.34(2).

2.          **VIOLATION OF MANDATORY CONDITION, by failing to
            refrain from violation of the law.** On or about November 6, 2003, in
            Broward County, Florida, the defendant was arrested by the Ft.
            Lauderdale Police Department and charged with Possession of Cannabis
            under 20 grams, contrary to Florida Statute 893.13.

3.          **VIOLATION OF MANDATORY CONDITION, by unlawfully
            possessing or using a controlled substance.** On or about October 15,
            October 23, and October 27, 2003, the supervised releasee submitted
            urine samples which tested positive for the presence of Marijuana in our
            local laboratory and subsequently, confirmed by PharmChem
            Laboratories, Incorporated.

4.          **VIOLATION OF MANDATORY CONDITION, by failing to
            submit to drug testing.** On October 23, 2003, the supervised releasee
            was instructed to report each and every Monday for urinalysis test and
            on November 3, November 10, November 17, and November 24, 2003,
            the supervised releasee did fail to submit to drug testing as instructed.

5.          **VIOLATION OF STANDARD CONDITION, by failing to notify
            the probation officer within 72 hours of being arrested.** On or about
            October 2, 2003, and November 6, 2003, the defendant was arrested  by
            the Fort Lauderdale Police Department, Broward County, Florida, and
            he did fail to notify the U.S. Probation Officer within 72 hours.

U.S. Probation Officer Recommendation:

        [X]    The term of supervision should be
        [X}    revoked.

PROB 12C                                                    SD/FL PACTS No. 66825
(SD/FL 9/96)
**BRAYBOY, Travis**
**Docket No. 00-6293-CR-Ferguson**


                                        Respectfully submitted,

                            by

                                        David L. Sutherland
                                        U.S. Probation Officer
                                        Phone: (954) 769-5512
                                        Date:   November 24, 2003

**Reviewed by:**
          **Carolyn M. Gamble, Supervising**
          **U.S. Probation Officer**

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision


                                        Signature of Judicial Officer


                                        Date