

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

v.

TRAVIS BRAYBOY

ORDER ON BOND MOTION *Stipulated*
*w/o prej at deft's request*

This Cause came before the Court upon motion of the (defendant)(~~government~~) to (reduce)(increase)(modify) the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

✓ The motion is **denied**; bond remains at **No Bond**
___ The motion is **granted**; bond is set at:
   ___ Personal Surety, unsecured, in the amount of
          $_____

   ___ Personal Surety in the amount of $_____
       with 10% posted with Clerk of Court.

   ___ Personal Surety in the amount of $_____
       secured by the following collateral: _____

   ___ Full Cash in the amount of $_____

   ___ Corporate Surety in the amount of $_____

   ___ Full Cash or Corporate Surety in the amount of
          $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS:_____ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON- PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW. __ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED. __ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
__ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND:_____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 14TH day of APRIL 2004.
TAPE NO. 04H-9-1896

_____
UNITED STATES MAGISTRATE JUDGE
CHRIS M. MCALILEY

c: AUSA, Defense
   Pretrial Services, U.S. Marshal

*Paul Donlin AFPD*