UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6293-CR-Huck

UNITED STATES OF AMERICA,

vs.

_Travis Brayboy_

**WAIVER**

FILED by _____ D.C.
MAG. SEC.
APR 14 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

I, _Travis Brayboy_, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to _probable/probable cause_.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _4/14/04 hrg_____, my right to _probable cause hrg_.

DATED: 4/14/04

_Travis Brayboy_
Defendant

_Paul M. Korchin_
Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his constitutional rights, has refused and waived his/her right to _probable cause hrg_.

DATED this _14th_ day of _April_, 2004, at _Miami_, Southern District of Florida.

TAPE NO. 04-9-1696

c: AUSA — W. Bryant
   Defense Counsel
   Pretrial Services/Probation
   U.S. Marshal

_Chris McAliley_
UNITED STATES MAGISTRATE JUDGE
CHRIS MCALILEY

formbwai.ver

243