UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  00-6293-CR-HUCK

NIGHT BOX
FILED

APR 27 2004

CLARENCE MADDOX
CLERK, USDC SD/ MIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TRAVIS BRABOY,

      Defendant.

_____/

## NOTICE OF ASSIGNMENT

    The Federal Public Defender for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Michael Spivack.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        By:_____
           Michael Spivack
           Assistant Federal Public Defender
           Florida Bar No. 0508969
           150 West Flagler Street
           Suite 1700
           Miami, Florida 33130
           Telephone: (305) 530-7000
           FAX: (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent  via

interagency  mail to: United States Attorney, 99 N.E. 4th, Street, Miami, Florida, 33l32  this 20th day

of April, 2004.

By: _____

Michael Spivack

## FAXBACK SERVICE LIST

Michael Spivack, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for Travis Brayboy

United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9118
Fax:(305)530-7976
Counsel for the Government