UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TRAVIS BRAYBOY,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Final Revocation hearing for the above-named defendant is set for **Thursday, May 13, 2004 at 3:00 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:   May 3, 2004

                                                   Genevieve McGee
                                                 Courtroom Deputy to the Honorable
                                                 Paul C. Huck

cc:   Lynn Rosenthal, AUSA
      Michael Spivack, AFPD
      David Sutherland, U.S. Probation Officer
      U.S. Pretrial Services

