

FILED
MAY 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: May 13, 2004                         CASE NUMBER: 00-6293-CR-HUCK

DEFENDANT: TRAVIS BRAYBOY                  COUNSEL: Michael Spivack, AFPD

AUSA: David Haimes, ausa and Gregory Munson for Lynn Rosenthal    PROB. OFFICER: David Sutherland

CLERK: Genevieve McGee                     CT REPORTER: Patricia Sanders

---

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____@_____
    at the request of government/defendant.

___ Defendant admits violation of Supervised Release;

✓ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: _____

_____
_____
_____

SENTENCING

_____ SENTENCING CONTINUED TO: _____@_____

SENTENCING TEXT: See judgment

_____
_____

commenced: _____    Terminated: _____

