AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

FILED by ___ D.C.
MAY 24 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT
S. D. OF FLA.

DISTRICT OF __Southern__ __Florida__

v.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: OO-6293-CR-Huck

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Paul C. Huck | David Haimes, AUSA | Michael Spivack, AFPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 13, 2004 | Patricia Sanders | Genevieve McGee |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/13/04 | | ✓ | Judgement (State Court Case) and Fingerprint sheet |
| 2 | | 5/13/04 | | ✓ | County Court Disposition Order Form (certified) |
| 3 | | 5/13/04 | | ✓ | Broward County Police Report / Complaint Aff. certified |
| 4 | | 5/13/04 | | ✓ | U.S. Probation Officer's Printout of Defts Record |
| 5 | | 5/13/04 | | ✓ | Criminal Analysis Report |
| | | | | | |
| | | | | | (all Exhibits are attached) |

(Gov't)

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

17th Judicial Circuit in and for Broward County

20

DIVISION: CRIMINAL

DIVISION: FS

# Judgement

THE STATE OF FLORIDA VS.                                    CASE NUMBER

DEFENDANT  Travis Brayboy                  03-16619        CF 10A
☐ Probation Violator

State Attorney  Larry Petwoich
Court Reporter  G Caldwell

The Defendant, Travis Brayboy being personally before this Court represented by
S Porter, his attorney of record, and having:

INSTR # 103801072
OR BK 37048  Pages 309 - 310
RECORDED 03/11/04 11:44:49
BROWARD COUNTY COMMISSION
DEPUTY CLERK 2140
#26. 2 Pages

(Check applicable provision)
☐ Been tried and found guilty of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☒ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | DWLS | 322.34 | | |
| II | Poss/Sell/Del Cannabis | 893.03/(c) | 3F | |
| III | R/o/w/o/v | 843.02 | misd | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
    The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).
Fines imposed as part of a sentence pursuant to F.S. 777.083 are to be recorded on the Sentence page(s).
(Check if applicable)
Stayed & Withheld        ( ) The court hereby stays and withholds the imposition of sentence as to count(s) _____
Imposition of Sentence      and places the Defendant on probation for a period of _____ under the
                supervision of the Department of Corrections (conditions of probation set forth in a separate order)
Sentence Deferred         ( ) The Court hereby defers imposition of sentence until _____
Until Later Date                                  (Date)
                (✓) Pay $200.00 Trust Fund pursuant to F.S. 27.3455

Count(s) I-III  90  DAYS/MONTHS BROWARD COUNTY JAIL W/CREDIT  65  DAYS TIME SERVED.

The Defendant in open court was advised of his right to appeal from this Judgement by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing indigence.

_____
JUDGE

I hereby certify that a true and correct copy of the above and foregoing was served on the State Attorney by: (✓) hand deliv
Defense Attorney by: (✓) hand delivery ( ) U.S. mail this  2  day of  March , 20 04

_____
Deputy Clerk

GOVERNMENT EXHIBIT
CASE NO. U.S. v. Brayboy
EXHIBIT NO. 1

| DIVISION: CRIMINAL | [ ] ADJUDICATION WITHHELD | CASE NUMBER |
|---|---|---|
| | [X] ADJUDICATED GUILTY | 03-16619 CF    CF10 |

# FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

Fingerprints taken by:

_Ernest Murray 12430_ Court Deputy
Name & Title

DONE AND ORDERED in Open Court at Broward County, Florida this _5_ day of _March_ 20_04_.

I HEREBY CERTIFY that the above and foregoing fingerprints of the Defendant

_Travis Braxley_, and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE

# COUNTY COURT DISPOSITION ORDER IN AND FOR BROWARD COUNTY, FLORIDA

DATE: 4/2/04   CASE NO. 03026436M010A   ARREST NO. FL03013258   BCCN NO. 0182018
State of Florida VS BRAYBOY, TRAVIS _____ AKA _____
Cash Bond/Surety: 02292747   Amount $ 100   Estreated ____ Vacated ____ Return to Dep. ✓
Cash Bond/Surety: _____   Amount $ ____   Estreated ____ Vacated ____ Return to Dep. ____

( ) REMANDED  ( ) REMAIN I/C  ( ) UNTIL PICKED UP: ____  OR BED AVAILABLE AT ____
( ) Magistrates     ( ) First VOP    ( ) Guilty                ( ) No Information
( ) Arraignments    ( ) Final VOP    (✓) No Contest           (✓) Adj. Guilty ___ I
(✓) Change of Plea  ( ) PSI          ( ) Admits / Denies Allegations   ( ) Adj. Withheld
( ) Trial by Jury   ( ) Sentencing   ( ) Convicted by Jury/Court ____ ( ) Nolle Prosequi
( ) Trial by Court                   ( ) Acquitted by Jury/Court ____ ( ) Dismissed
( ) Adj. and Sentence Deferred to: _____   PSI: YES ____ NO ____

CHARGES:
**001 POSS OF CONTROLLED SUBSTANCE**

STATE OF FLORIDA
BROWARD COUNTY
I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original as filed in my office.
Witness my hand and Official Seal at Ft. Lauderdale, FL this 13th day of ____
CLERK OF THE CIRCUIT COURT
By ____ Deputy Clerk

SENTENCE:
COUNT(S) ____ Non-Probation Sentence
COUNT(S) ____ Reporting Probation ____ Months with Special Conditions:
( ) DUI School Level ____                        ( ) Evaluation, treatment and therapy as necessary
( ) May work off fine / costs @ $ ____ per hour  ( ) May buy out community service @ $ ____ per hour
( ) ____ hours community service                 ( ) ____ AA meeting(s) per week
( ) ____ days immobilization by: ____
( ) No alcohol or intoxicants while on probation ( ) Random breath / urine analysis @ defendant's expense
( ) License suspended ____                       ( ) DDS ____ hours ( ) Anger Management
( ) Pay all outstanding fines / costs on Driver's License Record.  ( ) Shoplifters Program
( ) All fines / costs imposed are a condition of probation on Count(s) ____
( ) Time Served ____ days on Count(s) ____
(✓) 4 days Broward County Jail with credit for 2 days time served.
( ) No harmful contact / ( ) No contact with victim ____
( ) All special conditions of probation must be met by the ____ month of probation
( ) Early termination of probation upon completion of all special conditions.
( ) All non-monetary conditions of probation must be completed by ____
( ) OTHER: ____

| COUNT | FINE | CC | 5% | VC | CJC | SN1 | AC | JJ | CSTF | CFF | OTF | CDC | EMTF | DVC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 100 | | | 50 | 50 | 2 | 3 | | 20 | | | | | | 225 |

GOVERNMENT EXHIBIT
CASE NO. United States v. Brayboy
EXHIBIT NO. 2

Deferral Fee $ WAIVE

CARD: CALL (954) 712-7899. MAIL PAYMENT TO: CLERK OF COURT, LAUDERDALE, FL 33302-4610. YOU MUST PAY YOUR FINES AND/ ____, 20 ____. IF YOU FAIL TO PAY, YOU MUST ATTEND A FAILURE-TO-PAY-FINE HEARING ON ____, 20 ____ @ ____ , ROOM ____ , AT THE BROWARD COUNTY CENTRAL COURTHOUSE, 201 S.E. 6TH STREET , FORT LAUDERDALE, FL 33301. FAILURE TO ATTEND THIS HEARING SHALL RESULT IN A WARRANT FOR YOUR ARREST. LATE FEES MAY BE ADDED, AND/OR YOUR LICENSE MAY BE SUSPENDED.

JUDGE  JEFFREY R LEVENSON        DEPUTY CLERK ____

6A-1/CC 12-1 REV. 9/01            FILE COPY

## COMPLAINT AFFIDAVIT
SHADE DS MUST BE ANSWERED IF DEFENDANT NOT IN CU

**BROWARD COUNTY ARREST#** 11894  
**OBT:** 1350/833  
**ARREST FORM**

| Filing Agency | Offense Report | Local ID | FDLE | FBI | SS# |
|---|---|---|---|---|---|
| FLPD | 03-129728 | 254397 | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| BRAYBOY | TRAVIS | D. | | | |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| B | M | 508 | 197 | BLK | BRN | DK | 23 | 3/4/80 | FL |

**Permanent Address:** 1420 NW 4 AVE Ft. Laud. FL  
**Scars, marks, TT:** N/A

**Place of arrest:** 500 NW 14 WAY  
**Date/time arrested:** 10/2/03 / 2345

**TYPE/ACTIVITY:** P, M

**Defendant's Vehicle Make:** CHEVY **Type:** MC **Year:** 00 **Color:** MAT  
**Vehicle Towed to:** FLPD **Tag:** IGI FGS

LAB NO. 03-21171

| Count# | Offenses Charged | WC# / Citation # | FS or Capias/Warrant # |
|---|---|---|---|
| 1. | RAN STOP SIGN | | 316.074(1) |
| 2. | RESIST W/O VIOLENCE | | 843.02 |
| 3. | POSS. CANNABIS (OVER 20 GRAMS) | | 893.13 |
| 4. | DWLS | | 322.34(2) |

### Probable Cause Affidavit

Before me this date personally appeared **T. SHIELDS** who being first duly sworn deposes and says that on **02** day of **OCT**, (year) **03** at **500 NW 15 AVE** (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

OBSERVED DEF RUN E/B STOP SIGN AT NW 15 AVE / 5 STREET. THE DEF THE ACCELERATED TO A HIGH RATE OF SPEED BEFORE I EVEN ACTIVATED MY EMERGENCY LIGHTS. DEF PULLED INTO LEE TERRACE APARTMENTS AND BAILED OUT. WHILE ENGAGED IN FOOT PURSUIT, DEF DISCARDED LARGE BAG OF CANNABIS (131 SMALL BAGS INSIDE). DEF APPREHENDED BY K9 OFFICER REED. A CH RECORDS CHECK REVEALED SUSPENDED

**Officer/Affiant's Signature** / **Officer's Name/CCN:** T. SHIELDS / 1308 / **Officer's Division:** WS / CSD

**STATE OF FLORIDA**  
**COUNTY OF BROWARD**

Sworn to (or affirmed) and subscribed before me this **3** day of **Oct 2003** (year) by _____ (name and title), who is personally known to me or has produced _____ as identification.

Notary: Kent Vanden Heeg

RECEIVED 2003 OCT 20 AM 9:28 COURT LIAISON FORT LAUDERDALE POLICE DEPARTMENT

Seventeenth Judicial Circuit  
Broward County  
State of Florida  
**FIRST APPEARANCE/ARREST FORM**

BSO DB#2 (Revised 05/00) (SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a)

Exhibit #3

```
     JI08
                                                                          PAGE   1
                              ------DEFENDANT-----
   DEFT #: 03016619CF10A   CS TYPE: FELONY
      LOC: BROWARD COUNTY CENTRAL COURTHOUSE    SECURITY:
      DEFT NAME: BRAYBOY, TRAVIS                          BCCN #: 0182018
      RACE: BLACK      SEX: MALE       DOB: 03/04/80 JUV:
      JUDGE DIV: FJ JUDGE: CYNTHIA G IMPERATO
      ARST AGCY: FORT LAUDERDALE PD
      MNCP: FORT LAUDERDALE                DATE OF INCIDENT: 10/02/03
      HOLD:           NOTE: FILED BY SAO ON 102203
      DATE ENTR: 11/03/03 USER: SUSAN FEDOROFF       KEY: CS
    **SUMMARY DATA** DEFT INIT: 10/04/03 DEFT STAT: ACTIVE
    ARST DATE: 10/02/03 CURR ARST #: FL03011894 GEN CUST: IN
    CUST STATUS: SURETY BOND         BOND CO: BDL BOND AMT:    1,000.00+
    # CNTS: 004 OP CNTS: 004 OP CAP: 1 CAPIAS DATE: 11/18/03 OP D6: 00
    OP BOND: 01 OP APPL: 00 OP COLL: 00 FIND DATE:
    DEFT COMPL DATE:         NAME: BRAYBOY, TRAVIS
    ** PRESS ENTER FOR NEXT PAGE **
```

*[Handwritten notes:]*

3-5-04 pled nolo conv- 90 days BCJ 478. fine

ct-1

ct-2 -55 fine

ct 3 55 fine

ct 4 - dismissed - 3-5-04

GOVERNMENT EXHIBIT
CASE NO. United States v. Brayboy
EXHIBIT NO. 4

```
   JI08
                                                                      PAGE   2
                           ------DEFT DESC-----
DEFT #: 03016619CF10A  SSN:           ADDRESS 1: 1420 NW 4TH AVE
    ADDRESS 2:                              CITY: FT LAUD
    STATE: FLORIDA              ZIP: 33311 ZONE:
    DRIVERS LIC #: B610804800840        DL STATE: FLORIDA
    VEH MAKE:         HGT: 600 WGT: 185 EYES: BROWN     HAIR: BLACK
    COMPLEXION: DARK       SCARS, TATTOOS:
    BIRTH CITY: FT LAUDERDALE   BIRTH STATE: FLORIDA
    LANGUAGE: ENGLISH    DATE ENTR: 11/06/03 USER: SUSAN FEDOROFF     KEY: DE

                           --------ALIAS-------
DEFT #: 03016619CF10A  SEQ: 01
    ALIAS: BRAYBOY, TRAVIS                             DOB: 03/04/80
    FILED: ARREST     DATE ENTR: 10/04/03 USER: BOOKING INTERFACE   KEY: AL
  ** PRESS ENTER FOR NEXT PAGE **
```

```
     JI08
                                                                    PAGE    3
                        -------ARREST-------
DEFT #: 03016619CF10A  SEQ: 01 ARST DATE: 10/02/03 ARST #: FL03011894
     OFFENSE: DISOBEY/AVOID TRAFFIC DEV DEGREE: 0 BOND AMT:         .00+
     STAT DESC: DISOBEY/AVOID TRAFFIC DEVICE   CUST STATUS: OTHER TYPES
     FILED CNT: 004 NOTE:
     DATE ENTR: 11/03/03 USER: SUSAN FEDOROFF     KEY: AR OBTS #: 0608034720
     ARSTCODE:                       CHARGE #: 001 CNT RANGE:
DEFT #: 03016619CF10A  SEQ: 02 ARST DATE: 10/02/03 ARST #: FL03011894
     OFFENSE: OBSTRUCT WO VIOLENCE    DEGREE: 1 BOND AMT:         .00+
     STAT DESC: RESIST/OBSTRUCT/W/O VIOL      CUST STATUS: OTHER TYPES
     FILED CNT: 003 NOTE:
     DATE ENTR: 11/03/03 USER: SUSAN FEDOROFF     KEY: AR OBTS #: 0608034720
     ARSTCODE:                       CHARGE #: 002 CNT RANGE:
DEFT #: 03016619CF10A  SEQ: 03 ARST DATE: 10/02/03 ARST #: FL03011894
     OFFENSE: POSSESSION OF CANNABIS OV DEGREE: 3 BOND AMT:    1,000.00+
     STAT DESC: POSS/PUR/SELL/DEL/MAN/CANNABIS CUST STATUS: SURETY BOND
     FILED CNT: 002 NOTE:
     DATE ENTR: 11/03/03 USER: SUSAN FEDOROFF     KEY: AR OBTS #: 0608034720
     ARSTCODE:                       CHARGE #: 003 CNT RANGE:
     ** PRESS ENTER FOR NEXT PAGE **
```

```
     JI08
                                                                          PAGE    4
                              -------ARREST-------
DEFT #: 03016619CF10A  SEQ: 04 ARST DATE: 10/02/03 ARST #: FL03011894
     OFFENSE: DRIVE WHILE LICENSE SUSPE DEGREE: X BOND AMT:          .00+
     STAT DESC: LICENSE SUSPENDED           CUST STATUS: OTHER TYPES
     FILED CNT: 001 NOTE:
     DATE ENTR: 11/03/03 USER: SUSAN FEDOROFF      KEY: AR OBTS #: 0608034720
     ARSTCODE:                   CHARGE #: 004 CNT RANGE:

                              --------COUNT-------
DEFT #: 03016619CF10A  CNT: 001 FILE DATE: 10/22/03
     FILE TYPE: STATE ATTORNEY - CHANGE OF CHARGE
     FILING AGENCY: FORT LAUDERDALE PD
     CUR STAT: FXXD322345         CUR STAT DESC: DRIVING WHILE LICENSE REVOKED
     AMEND/REFILE:            STAT TYPE: FELONY     DEGREE: 3 SRS CODE: CF306
     CUST STATUS: NOT IN CUSTODY        CITATION: 08482BRM NTA #:
     DATE ENTR: 11/06/03 USER: SUSAN FEDOROFF        KEY: CO
    **SUMMARY DATA** COUNT STATUS: ACTIVE    OP CAP: 1 SENT DATE:
     OP D6: 00
    ** PRESS ENTER FOR NEXT PAGE **
```

```
    JI08
                                                                    PAGE    5
                          ------ACTIVITY------
   DEFT #: 03016619CF10A  CNT: 001 ACTV SEQ: 01 ACTIVITY DATE: 10/22/03
       ACTIVITY: CAPIAS          ON-LINE CAPIAS:
       CUST STATUS:                       BOND AMT:      750.00+
       DHSMV DATE:          NOTE: CNT 1 COC
       DATE ENTR: 11/03/03 USER: SUSAN FEDOROFF       KEY: AN

                          --ACTIVITY REMARKS--
   DEFT #: 03016619CF10A  CNT: 001 ACTV SEQ: 01 ACRM SEQ: 01 DATE: 11/18/03
       REMARK: CAPIAS NOT ISSUED
       NOTE:                                          FINAL: YES
       DATE ENTR: 11/19/03 USER: BONNIE TINGLEY       KEY: AC

                          ------ACTIVITY------
   DEFT #: 03016619CF10A  CNT: 001 ACTV SEQ: 02 ACTIVITY DATE: 11/18/03
       ACTIVITY: CAPIAS          ON-LINE CAPIAS: YES
       CUST STATUS: NO BOND              BOND AMT:         .00+
       OVER IND: YES        DEFT DATE:         SUSP DATE:
       DHSMV DATE:          NOTE: NO SHOW FOR ARRAIGNMENT
       DATE ENTR: 11/19/03 USER: BONNIE TINGLEY       KEY: AN
    ** PRESS ENTER FOR NEXT PAGE **
```

```
   JI08
                                                                           PAGE   6
                            --------COUNT-------
DEFT #: 03016619CF10A   CNT: 002 FILE DATE: 10/22/03
     FILE TYPE: STATE ATTORNEY - INFORMATION
     FILING AGENCY: FORT LAUDERDALE PD
     CUR STAT: FXXD893031C7      CUR STAT DESC: POSS/PUR/SELL/DEL/MAN/CANNABIS
     AMEND/REFILE:            STAT TYPE: FELONY      DEGREE: 3 SRS CODE: CF311
     CUST STATUS: SURETY BOND             CITATION:           NTA #:
     DATE ENTR: 11/03/03 USER: SUSAN FEDOROFF         KEY: CO
   **SUMMARY DATA** COUNT STATUS: ACTIVE     OP CAP: 1 SENT DATE:
     OP D6: 00

                            ------ACTIVITY------
DEFT #: 03016619CF10A   CNT: 002 ACTV SEQ: 01 ACTIVITY DATE: 11/18/03
     ACTIVITY: CAPIAS         ON-LINE CAPIAS: YES
     CUST STATUS: NO BOND              BOND AMT:         .00+
     OVER IND: YES       DEFT DATE:          SUSP DATE:
     DHSMV DATE:         NOTE: NO SHOW FOR ARRAIGNMENT
     DATE ENTR: 11/19/03 USER: BONNIE TINGLEY       KEY: AN
   ** PRESS ENTER FOR NEXT PAGE **
```

```
     JI08
                                                                              PAGE     7
                              --------BOND--------
  DEFT #: 03016619CF10A   CNT: 002 BOND SEQ: 01 DATE POSTED: 10/03/03
      BOND TYPE: SURETY BOND              BOND CO: BAKER, DURKEE & LAING
      POWER #: 239461    BOND #: SBBDL239461    BOND AMT:       1,000.00+
      INS CO: ALLEGHENY MUTUAL CASUALTY
      DISCHARGE DATE:          DISCHARGE ENT:          DATE ENTR: 11/03/03
      USER: SUSAN FEDOROFF         KEY: BN

                              -----BOND REMARK----
  DEFT #: 03016619CF10A   CNT: 002 BOND SEQ: 01 BDRM SEQ: 01 EST DATE: 11/18/03
      EST AMT:    1,000.00+ EST ENT: 11/19/03 EST DUE DATE: 01/22/04
      VAC DATE:        VAC AMT:           .00+ VAC ENT:
      PD DATE:         PD AMT:            .00+ PD ENT:
      JDGMT DATE:      JDGMT AMT:         .00+ JDGMT ENT:
      NOTE:                                              DATE ENTR: 11/19/03
      USER: BONNIE TINGLEY         KEY: BR
   ** PRESS ENTER FOR NEXT PAGE **
```

```
    JI08
                                                                         PAGE    8
                           --------COUNT-------
DEFT #: 03016619CF10A  CNT: 003 FILE DATE: 10/22/03
     FILE TYPE: STATE ATTORNEY - INFORMATION
     FILING AGENCY: FORT LAUDERDALE PD
     CUR STAT: MXXD84302        CUR STAT DESC: RESIST/OBSTRUCT/W/O VIOL
     AMEND/REFILE:              STAT TYPE: MISD        DEGREE: 1 SRS CODE: MM101
     CUST STATUS: OTHER TYPES             CITATION:            NTA #:
     DATE ENTR: 11/19/03 USER: BONNIE TINGLEY          KEY: CO
   **SUMMARY DATA** COUNT STATUS: ACTIVE     OP CAP: 1 SENT DATE:
     OP DG: 00

                           ------ACTIVITY------
DEFT #: 03016619CF10A  CNT: 003 ACTV SEQ: 01 ACTIVITY DATE: 11/18/03
     ACTIVITY: CAPIAS          ON-LINE CAPIAS: YES
     CUST STATUS: NO BOND                BOND AMT:          .00+
     OVER IND: YES        DEFT DATE:           SUSP DATE:
     DHSMV DATE:          NOTE: NO SHOW FOR ARRAIGNMENT
     DATE ENTR: 11/19/03 USER: BONNIE TINGLEY          KEY: AN
   ** PRESS ENTER FOR NEXT PAGE **
```

```
     JI08
                                                                         PAGE    9
                              --------COUNT-------
 DEFT #: 03016619CF10A  CNT: 004 FILE DATE: 10/22/03
       FILE TYPE: CITATION
       FILING AGENCY: FORT LAUDERDALE PD
       CUR STAT: IXXD3160741     CUR STAT DESC: DISOBEY/AVOID TRAFFIC DEVICE
       AMEND/REFILE:              STAT TYPE: TRAF INFRC DEGREE: 0 SRS CODE: TI001
       CUST STATUS: OTHER TYPES        CITATION: 08483BRM NTA #:
       DATE ENTR: 11/06/03 USER: SUSAN FEDOROFF        KEY: CO
    **SUMMARY DATA** COUNT STATUS: ACTIVE     OP CAP: 0 SENT DATE:
       OP D6: 00

                             ---SCHEDULED EVENT--
 DEFT #: 03016619CF10A  SCHD DATE: 11/18/03
       SCHD EVENT: ARRAIGNMENT                                    TIME: 0830
       ROOM: 7810 JUDGE DIV: FJ JUDGE: CYNTHIA G IMPERATO
       PRODUCE SUBPOENA:           CNTS: OPN CNTS:    CNTS:     CNTS:
       DATE ENTR: 11/03/03 USER: SUSAN FEDOROFF        KEY: SC
     ** PRESS ENTER FOR NEXT PAGE **
```

```
   JI08
                                                                        PAGE   10
                        -------REMARK-------
DEFT #: 03016619CF10A  DATE: 10/07/03
    REMARK: BOND POSTED                                    CNTS:
    NOTE: 1 BAKER, DURKEE & LAING                  DATE ENTR: 11/03/03
    USER: SUSAN FEDOROFF        KEY: RE
DEFT #: 03016619CF10A  DATE: 11/04/03
    REMARK: COURT DATE NOTICE MAILED                       CNTS:
    NOTE: TO DEFT, BONDSMAN, SAO                   DATE ENTR: 11/04/03
    USER: SUSAN FEDOROFF        KEY: RE
DEFT #: 03016619CF10A  DATE: 11/18/03
    REMARK: ARRAIGNMENT NOT HELD                           CNTS:
    NOTE: NO SHOW/ISSUE CAPIAS/CT V ROCK/D         DATE ENTR: 11/19/03
    USER: BONNIE TINGLEY        KEY: RE
DEFT #: 03016619CF10A  DATE: 11/18/03
    REMARK: FILE ORDER ESTREATING BOND                     CNTS:
    NOTE:                                          DATE ENTR: 11/19/03
    USER: BONNIE TINGLEY        KEY: RE
   ** END OF INQUIRY **
```

BROWARD COUNTY SHERIFF'S OFFICE  
P.O. Box 9507  
Fort Lauderdale, FL 33310

Lab Number: 03-21171  
Agency Case: 03-129728  
Date: 5/4/2004

CRIME LABORATORY ANALYSIS REPORT

To: 1263 - Officer Robert Borowski  
    Fort Lauderdale Police Department  
    1300 W. Broward Boulevard  
    Fort Lauderdale, FL 33312

SUSPECT: TRAVIS BRAYBOY

The following evidence was submitted to this laboratory:

1. 131 plastic bag(s) containing suspect cannabis

Examinations conducted on the mentioned evidence revealed the presence of

1. cannabis, 114.8 gram(s) total net wt

The foregoing instrument was acknowledged before me this _____ day of _____ 2004 by Dave Mix who is personally known to me  
Verna N Gibbs DD279238  
STATE OF FLORIDA, COUNTY OF BROWARD

Verna N. Gibbs  
Commission #DD279238  
Expires: Feb 13, 2008  
Bonded Thru  
Atlantic Bonding Co., Inc.

Respectfully submitted,

Dave Mix  
Forensic Chemist

2004 MAY -5 PM 1:08



GOVERNMENT EXHIBIT  
United States  
CASE v. Brayboy  
NO.  
EXHIBIT 5  
NO.