I HAVE PARTIALLY/FULLY EXECUTED THIS J&C/WRIT/WARRANT
PROCESS/TRANSFER ORDER, BY TAKING CUSTODY OF THE WITHIN
NAMED AT USP ATC AND COMMITTING HIM/HER
AT FCI EDG ON 8-13-04

BOP BUS LT.



with Possession of Cannabis under 20 grams, contrary to Florida Statute 893.13. The Defendant was duly convicted on this criminal charge.

3) Failing to notify the probation officer within 72 hours of being arrested. On or about October 2, 2003 and November 6, 2003, the defendant was arrested by the Ft. Lauderdale Police Department, Broward County, Florida, and failed to notify the U.S. Probation Officer within 72 hours.

The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **revoked,** it being further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **twenty-four (24) months** with no supervised release to follow. The Court recommends to the Bureau of Prisons that the Defendant participate in the 40 hour drug program while in custody. It is further recommended that the Defendant **not** be placed at FCI Miami.

**ORDERED AND ADJUDGED** that the defendant is remanded to the custody of the United States Marshal Service.

**DONE AND ORDERED** at Miami, Florida this _25_ day of May, 2004.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:     David Haimes, AUSA
Gregory Munson, AUSA
Michael Spivack, AFPD
David Sutherland, U.S. Probation Officer
U.S. Marshals Service (3 certified)

Certified to be a true and correct copy of the original.
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 5-25-04